# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR MONTELONGO,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES WEILAND, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-00624-CSD<br><br>**ORDER**<br><br>Re: ECF No. 32 |

Before the court is Plaintiff's Motion for Extension of Time to File Summons. (ECF No. 32.)

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to File Summons (ECF No. 32) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, May 16, 2025,** in which to identify and serve Defendants Deputy Director and Doe CERT Officers listed in Counts I, II and III pursuant to the court's screening order. (ECF No. 6 at 10.)

**IT IS FURTHER ORDERED** that once Plaintiff has identified the names of the Doe Defendants listed above, the court will issue an order regarding process of service. Therefore, Plaintiff's request for service of process forms is premature.

DATED: April 2, 2025.

_____
Craig S. Denney
United States Magistrate Judge