**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR MONTELONGO,<br><br>                    Plaintiff,<br><br>   v.<br><br>JAMES WEILAND, *et al.*,<br><br>                    Defendants. | 3:23-cv-00624-CSD<br><br>**ORDER**<br><br>Re: ECF No. 35 |

      Before the court is Plaintiff's Objection to Order of Dismissal Pursuant to FRCP 4(m). (ECF No. 35.)  Plaintiff states that he was unable to get the remaining Defendants served because (1) the law library did not have the summons forms available, and (2) the law library "was closed due a shortage of staff, therefore, giving the plaintiff no reasonable means to research or litigate the above-entitled case." (*Id.* at 2.)  Plaintiff requests the Court withdraw the order of dismissal filed on June 2, 2025 (ECF No. 34).

      **IT IS HEREBY ORDERED** that the Court's Order of Dismissal (ECF No. 34) is **WITHDRAWN**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall add Defendants Christopher Coulston and Edward Elmore to the docket in place of the Doe CERT Officers pursuant to the Court's Screening Order (ECF No. 6).

      **IT IS FURTHER ORDERED** that, within **twenty-one (21) days** of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff if it can accept service for Defendants Coulston and Elmore. If the Attorney General's Office is unable to accept

service for said Defendant(s), the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those Defendant(s) for whom it has such information. If the last known address of the Defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

**IT IS FURTHER ORDERED** that service must be perfected within **sixty (60) days** from the date of this order pursuant to Fed. R. Civ. P. 4(m).

DATED:  June 16, 2025.



_____
Craig S. Denney
United States Magistrate Judge