# EXHIBIT A

Bed History Report

EXHIBIT A

# State of Nevada
# Department of Corrections

## Historical Bed Assignments

**Offender Name:** MONTELONGO, VICTOR
**NDOC ID:** 1020756
**Booking No:** 2008-041784

**Status:** INACTIVE-DSCHREL
**Booking Begin Date:** 06/18/2008
**Booking End Date:** 11/19/2013

| Location | Assignment Begin Date | Assignment End Date |
|---|---|---|
| NNCC-RC | 06/18/2008 | 06/18/2008 |
| NNCC-U7-A-18-B | 06/18/2008 | 06/20/2008 |
| NNCC-U7-A-60-B | 06/20/2008 | 07/09/2008 |
| NNCC-U7-B-68-B | 07/09/2008 | 07/30/2008 |
| NNCC-U10-B-1-X | 07/30/2008 | 08/18/2008 |
| NSP-U11-A-8-A | 08/18/2008 | 08/18/2008 |
| NSP-U10-A-10-A | 08/18/2008 | 08/28/2008 |
| NSP-U10-C-11-B | 08/28/2008 | 10/08/2008 |
| NSP-U9-D-2-B | 10/08/2008 | 10/09/2008 |
| NSP-U8-A-11-B | 10/09/2008 | 10/31/2008 |
| NSP-U9-D-2-A | 10/31/2008 | 11/08/2008 |
| NSP-U6-C-10-A | 11/08/2008 | 11/18/2008 |
| NSP-U6-D-10-A | 11/18/2008 | 11/20/2008 |
| NSP-U7-C-10-A | 11/20/2008 | 12/11/2008 |
| NSP-U10-B-2-A | 12/11/2008 | 03/10/2009 |
| HDSP-RC | 03/10/2009 | 03/10/2009 |
| HDSP-U4-B-30-A | 03/10/2009 | 03/31/2009 |
| HDSP-U4-C-30-B | 03/31/2009 | 04/22/2009 |
| HDSP-U6-B-17-B | 04/22/2009 | 04/30/2009 |
| TCC-RC | 04/30/2009 | 04/30/2009 |
| TCC-U1-A-2-F | 04/30/2009 | 06/25/2009 |
| HDSP-RC | 06/25/2009 | 06/25/2009 |
| HDSP-U14-A-2-A | 06/25/2009 | 06/25/2009 |
| HDSP-U2-D-20-A | 06/25/2009 | 06/29/2009 |
| HDSP-U6-A-1-B | 06/29/2009 | 08/26/2009 |
| HDSP-U5-C-30-B | 08/26/2009 | 09/23/2009 |
| ESP-U10-HA | 09/23/2009 | 09/24/2009 |
| WCC-U1-A-2-J | 09/24/2009 | 10/15/2009 |
| WCC-U1-A-2-C | 10/15/2009 | 01/27/2010 |
| ESP-RC | 01/27/2010 | 01/27/2010 |
| ESP-U1-B-23-B | 01/27/2010 | 03/02/2010 |
| ESP-U4-B-36-A | 03/02/2010 | 05/27/2010 |
| ESP-U5-B-31-A | 05/27/2010 | 09/04/2010 |
| ESP-U7-B-20-A | 09/04/2010 | 04/05/2011 |
| ESP-U8-A-15-B | 04/05/2011 | 04/08/2011 |
| ESP-U8-A-14-A | 04/08/2011 | 07/09/2011 |
| ESP-U8-B-36-A | 07/09/2011 | 11/16/2011 |
| HDSP-RC | 11/16/2011 | 11/16/2011 |
| HDSP-U8-A-17-B | 11/16/2011 | 01/05/2012 |
| HDSP-U10-E-19-B | 01/05/2012 | 02/14/2012 |
| HDSP-U9-E-27-B | 02/14/2012 | 02/28/2012 |
| CCC-U1-A-3-J | 02/28/2012 | 04/05/2012 |



Housing information in red indicates relation to invalid external movement

# State of Nevada
# Department of Corrections

## Historical Bed Assignments

**Offender Name:** MONTELONGO, VICTOR
**NDOC ID:** 1020756
**Booking No:** 2008-041784
**Status:** INACTIVE-DSCHREL
**Booking Begin Date:** 06/18/2008
**Booking End Date:** 11/19/2013

| Location | Assignment Begin Date | Assignment End Date |
|---|---|---|
| CCC-U1-A-2-I | 04/05/2012 | 05/04/2012 |
| CCC-U1-A-1-B | 05/04/2012 | 05/15/2012 |
| ESP-U10-HA | 05/15/2012 | 05/16/2012 |
| ISCC-RC | 05/16/2012 | 05/16/2012 |
| ISCC-U3-D-19-A | 05/16/2012 | 06/05/2012 |
| ISCC-U3-B-2-A | 06/05/2012 | 06/19/2012 |
| SDCC-RC | 06/19/2012 | 06/19/2012 |
| SDCC-U8-B-68-A | 06/19/2012 | 09/28/2012 |
| SDCC-U2-C-12-A | 09/28/2012 | 10/23/2012 |
| SDCC-U8-B-24-A | 10/23/2012 | 02/02/2013 |
| SDCC-U8-B-31-A | 02/02/2013 | 02/26/2013 |
| SDCC-U6-A-23-B | 02/26/2013 | 09/09/2013 |
| SDCC-U8-C-18-A | 09/09/2013 | 09/18/2013 |
| SDCC-U8-B-3-B | 09/18/2013 | 11/19/2013 |

**Offender Name:** MONTELONGO, VICTOR
**NDOC ID:** 1020756
**Booking No:** 2014-071957
**Status:** INACTIVE-DSCHREL
**Booking Begin Date:** 06/27/2014
**Booking End Date:** 06/12/2017

| Location | Assignment Begin Date | Assignment End Date |
|---|---|---|
| NNCC-RC | 06/27/2014 | 06/27/2014 |
| NNCC-U7-A-48-A | 06/27/2014 | 07/22/2014 |
| SDCC-U8-C-13-A | 07/22/2014 | 07/31/2014 |
| SDCC-U6-C-17-A | 07/31/2014 | 12/29/2014 |
| SDCC-U8-C-32-B | 12/29/2014 | 01/06/2015 |
| SDCC-U8-A-41-B | 01/06/2015 | 01/26/2015 |
| SDCC-U8-C-41-B | 01/26/2015 | 01/29/2015 |
| SDCC-U8-C-54-B | 01/29/2015 | 03/05/2015 |
| SDCC-U8-B-54-B | 03/05/2015 | 03/26/2015 |
| SDCC-U8-A-36-A | 03/26/2015 | 04/01/2015 |
| ESP-U4-A-32-A | 04/01/2015 | 05/07/2015 |
| ESP-U5-A-4-A | 05/07/2015 | 11/10/2015 |
| ESP-U8-B-17-A | 11/10/2015 | 08/20/2016 |
| ESP-U4-A-14-A | 08/20/2016 | 08/23/2016 |
| ESP-U2-A-36-A | 08/23/2016 | 09/08/2016 |
| ESP-U8-A-36-A | 09/08/2016 | 01/14/2017 |
| ESP-U8-B-47-A | 01/14/2017 | 01/20/2017 |
| ESP-U8-B-37-A | 01/20/2017 | 03/13/2017 |
| ESP-U8-B-26-B | 03/13/2017 | 03/22/2017 |
| ESP-U8-B-45-B | 03/22/2017 | 03/30/2017 |
| ESP-U4-A-10-A | 03/30/2017 | 04/01/2017 |
| ESP-U8-B-45-B | 04/01/2017 | 04/05/2017 |


Housing information in red indicates relation to invalid external movement

# State of Nevada
# Department of Corrections

## Historical Bed Assignments

**Offender Name:** MONTELONGO, VICTOR
**NDOC ID:** 1020756
**Booking No:** 2014-071957
**Status:** INACTIVE-DSCHREL
**Booking Begin Date:** 06/27/2014
**Booking End Date:** 06/12/2017

| Location | Assignment Begin Date | Assignment End Date |
|---|---|---|
| ESP-U4-B-9-A | 04/05/2017 | 05/03/2017 |
| ESP-U2-B-7-B | 05/03/2017 | 06/12/2017 |

**Offender Name:** MONTELONGO, VICTOR
**NDOC ID:** 1020756
**Booking No:** 2019-097670
**Status:** ACTIVE-IN
**Booking Begin Date:** 07/16/2019
**Booking End Date:**

| Location | Assignment Begin Date | Assignment End Date |
|---|---|---|
| NNCC-RC | 07/16/2019 | 07/16/2019 |
| NNCC-U7-A-27-A | 07/16/2019 | 07/25/2019 |
| NNCC-U7-A-39-A | 07/25/2019 | 07/30/2019 |
| NNCC-U7-B-29-A | 07/30/2019 | 08/06/2019 |
| ESP-U9-A-19-A | 08/06/2019 | 08/07/2019 |
| ESP-U5-A-10-B | 08/07/2019 | 09/24/2019 |
| ESP-U5-A-5-A | 09/24/2019 | 12/05/2019 |
| ESP-U5-A-43-A | 12/05/2019 | 02/19/2020 |
| ESP-U5-B-16-A | 02/19/2020 | 03/21/2020 |
| ESP-U9-A-5-A | 03/21/2020 | 03/23/2020 |
| ESP-U3-B-12-A | 03/23/2020 | 05/07/2020 |
| ESP-U5-A-3-A | 05/07/2020 | 08/18/2020 |
| HDSP-RC | 08/18/2020 | 08/18/2020 |
| HDSP-U3-A-2-A | 08/18/2020 | 03/31/2021 |
| HDSP-U4-D-12-A | 03/31/2021 | 04/23/2021 |
| HDSP-U3-A-2-A | 04/23/2021 | 05/25/2021 |
| HDSP-U6-B-12-A | 05/25/2021 | 12/02/2021 |
| HDSP-U3-B-29-A | 12/02/2021 | 12/14/2021 |
| HDSP-U8-A-36-A | 12/14/2021 | 02/22/2022 |
| HDSP-U3-B-35-A | 02/22/2022 | 03/25/2022 |
| HDSP-U4-C-22-A | 03/25/2022 | 07/06/2022 |
| ESP-RC | 07/06/2022 | 07/06/2022 |
| ESP-U7-A-32-B | 07/06/2022 | 10/28/2022 |
| ESP-U9-A-22-A | 10/28/2022 | 12/07/2022 |
| ESP-U2-B-17-B | 12/07/2022 | 01/31/2023 |
| ESP-U5-B-17-B | 01/31/2023 | 12/02/2023 |
| ESP-U1-B-9-B | 12/02/2023 | 02/14/2024 |
| ESP-U9-A-28-A | 02/14/2024 | 02/27/2024 |
| ESP-U1-B-19-B | 02/27/2024 | 03/20/2024 |
| ESP-U5-A-28-B | 03/20/2024 | 04/24/2024 |
| ESP-U4-A-28-B | 04/24/2024 | 06/06/2024 |
| ESP-U4-A-7-B | 06/06/2024 | 06/14/2024 |
| ESP-U8-A-18-B | 06/14/2024 | 08/08/2024 |
| ESP-U7-A-37-B | 08/08/2024 | Offenders Current Location |


Housing information in red indicates relation to invalid external movement