# EXHIBIT E

Declaration of Edward Elmore

EXHIBIT E

AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR MONTELONGO,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WEILAND, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00624-CSD<br><br>**DECLARATION OF EDWARD ELMORE** |

I, Edward Elmore, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I was formerly employed by the Nevada Department of Corrections ("NDOC") as a Correctional Officer at Ely State Prison (ESP). I am a Defendant in the matter of *Montelongo v. Weiland, et al.*, now proceeding in the United States District Court, District of Nevada, as Case Number 3:23-cv-00624-CSD. I make this declaration in support of Defendants' Motion for Summary Judgment.

2. On October 28, 2022, at around 7:50 PM, my partner Christopher Coulston and I were tasked with escorting red tag inmates from the upper tier of Unit 7 to take their showers in the unit's lower tier. On or before 7:52, we arrived at Cell 32 and placed offender Victor Montelongo and his cellmate in wrist restraints through the cell door's food slot. Ex. J-2 – U7A Short Side Tier Surveillance Video at 07:52:40-07:53:00. I signaled to have the cell door opened so the inmates could be placed in leg restraints; however, when the door opened, both inmates walked out of their cell before leg restraints could be applied. Ex. J-

2 at 07:53:00-07:53:10. We gave several commands for the offenders to stop, but Montelongo continued walking across the upper tier, in the opposite direction of the lower tier showers, and stopped at Cell 41 to talk to the inmates therein. Ex. J-4 – U7A Center Tier Surveillance Video at 07:53:10-07:53:30. At that time, I noted a scent of prison-made alcohol wafting from Cell 32.

3. Officer Coulston followed after Montelongo, giving repeated orders to stop. Ex's. J-2 & J-4 at 07:53:10-07:53:30. I had my hand on the arm of Montelongo's cellmate. Despite my best efforts to restrain Montelongo's cellmate, given the difference in height, weight, and strength between us, I was unable to stop Montelongo's cellmate from following after Montelongo. Coulston approached Montelongo and twice ordered him to resume compliance with the escort, but Montelongo ignored these orders. Ex. J-3 – U7A Long Side Tier Surveillance Video at 07:53:30-07:53:40. Coulston placed his hand on Montelongo, to which Montelongo responded by attempting to pull away. Ex's. J-3 & J-4 at 07:53:40-07:53:50. Coulston then announced that we would return Montelongo and his cellmate to their cell without a shower.

4. Upon hearing this, Montelongo's cellmate began actively resisting and assaulting both myself and Officer Coulston. I was too engrossed in attempting to restrain Montelongo's cellmate to witness any of what went on between Officer Coulston and Montelongo. At some point, both Officer Coulston and the control officer were able to call an emergency over the institutional radio. Responding CERT officers arrived to the unit at around 7:56; CERT officers gave verbal orders for the inmates to lay on the ground, but neither inmate complied. Ex's. J-1 – U7A Sally Port Surveillance Video, J-3 & J-4 at 07:56:00-07:56:25. Responding officers then physically laid Montelongo prone on the ground, segmented him, and applied leg restraints. Ex's. J-3 & J-4 at 07:56:25-07:57:30.

5. We explained what happened to responding supervisors before we were relieved. Our injuries were then assessed by nursing staff. Nursing staff and supervising staff directed us to go to the hospital for further assessment. Coulston sustained an injury

to his arm, while I received a 1 cm laceration to my head. Neither of us were involved in later events that evening.

I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 9th day of January, 2026.

/s/ *Edward Elmore*
Edward Elmore