# EXHIBIT G

Declaration of Monisha Wilson

EXHIBIT G

AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR MONTELONGO,

Plaintiff,

v.

JAMES WEILAND, *et al.*,

Defendants.

Case No. 3:23-cv-00624-CSD

**DECLARATION OF MONISHA WILSON, RN**

I, MONISHA WILSON, RN, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I was previously employed by the Nevada Department of Corrections (NDOC) as a Correctional Nurse (CN) at Ely State Prison (ESP). I make this declaration in support of Defendants' Motion for Summary Judgment in the matter of *Montelongo v. Weiland, et al.*, now proceeding in the United States District Court, District of Nevada, as Case Number 3:23-cv-00624-CSD. The foregoing is based upon my personal recollection and my review of various records regarding this incident, including my reports, the video footage, and other available medical records.

2. Part of my job responsibilities were to respond in the event of a medical emergency. Based upon review of the records concerning this case, it appears I was working in that capacity on October 28, 2022.

///

///

3. I and fellow CN Femarie Gingoyon, RN, were called from the institutional pharmacy to Unit 7 to perform medical assessments of Officers Edward Elmore and Christopher Couston due to a spontaneous use of force that evening involving red-tag offender Victor Montelongo. We met both officers in the unit where they advised us regarding the incident. We noticed a 1 cm long superficial cut on the top area of Officer Elmore's skull, and Officer Coulston reported pain in his right arm.

4. We then brought Officer Elmore to the trauma room, where we treated his cut. We advised Officer Elmore and his supervisor that he should go to the ER to verify that stitches were not needed.

5. Next, we were called to visiting to assess offender Montelongo. We noticed that his left eye was swollen shut, and his left nose was bleeding. He also smelled of and reported use of some sort of alcohol, and he also reported a headache. When asked, Montelongo reported having consumed alcohol for at least a day prior to the incident. Montelongo's vitals were all within normal ranges. To the best of my recollection, Montelongo did not report, and neither I nor my partner noted, any injury to Montelongo's hands.

6. At that point, Nurse Gingoyon stayed with the inmate and continued to clean up his wounds while I stepped away to contact the on-call provider, APRN Lorenzo Villegas. APRN Villegas gave telephonic orders to send Montelongo out to the ER. I communicated these orders to the supervising officers.

7. I then returned to Officer Coulston, who now reported pain and occasional tingling in his right arm. I also observed slight swelling in the arm. I advised Officer Couston and his supervisor that he should go to the ER as a precaution, to ensure his arm was intact internally.

8. Later that night, Nurse Gingoyon completed an unusual occurrence report regarding our assessment of inmate Montelongo. A true and correct copy of this report is in Montelongo's medical records, Exhibit N at NDOC0000270.

///

///

9. I and Nurse Gingoyon also completed reports for custody staff, which were entered into the Nevada Offender Tracking Information System (NOTIS) on our behalf by Officer Jeffrey Brandon. True and correct copies of these reports are located in the NOTIS Investigation Detail Report, Exhibit I at NDOC000271-NDOC000272.

I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 9th day of January, 2026.

/s/ *Monisha Wilson*
Monisha Wilson