# EXHIBIT I

Investigation Detail Report re IR-2022-ESP-002217

EXHIBIT I

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

**Investigator:** HORSLEY, CAMERON
**Assigned Date:** 11/04/2022
**Report Due Date:** 12/04/2022
**Disposition Date:**

**IR Number:** IR-2022-ESP-002217
**Occurrence Date:** 10/28/2022
**IA Number:** IA-
**Institution:** ESP

## Referral

**Referred By:** REUBART, WILLIAM
**Referred Date:** 11/03/2022 13:23
**Referral Detail:** Staff Assault

## Narrative

Two Inmates on two officer assault in Unit 7A while completing Red Tag showers.
Inmates Involved was Montelongo, Victor # 1020756 and [redacted] Housed in Unit 7, A wing, Cell 32.
Officers involved were C/O Coulston and C/O Elmore.

## Offender Involvment

| NDOC ID | Offender Name | Participation |
|---|---|---|
| 1020756 | MONTELONGO, VICTOR | Participant |
| **Comments:** | | |
| 1[redacted] | [redacted] | Participant |
| **Comments:** | | |

## Staff Involvment

| Staff Name | Participation |
|---|---|
| BRANDON, JEFFERY | Reporting |

**Comment:** Response

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | ********Entering on behlaf of BSN Wilson**************** |

On October 28th 2022, At approximately 19:55, I Monisha Wilson BSN, RN was charting our medication administrations at Ely state prison in Pharmacy 1 when a call came over the radio asking for medical assistance in unit 7 A. Nurse Gingoyon and I had arrived at the unit 7 and in the unit 7 sallyport we met both officers whom were assaulted. We asked both officers (Officer Elmore, and Officer Colston) what happened? They stated that they were escorting the inmates to the showers. During the escort, the inmates wanted to talk to other inmates. The officers asked them to continue to progress to the showers. The inmates then assaulted the staff, by head butting them and kneeing them to their chest. Medical did not observe this but this is the statement of the officers that was relayed to us.
We first assessed officer Elmore and noticed he had some blood on the top of his head. We then assessed officer Colston, and he relayed to us that he had some pain in his right forearm area. Upon our assessment it did not appear broken, but slightly swollen. Officer Colston stated that he had some pain in his arm at the time but also did not believe it was broken. We were informed by Lieutenant Donahue that there was a staff assault and the inmates [redacted] and (Montelongo 1020756) were involved. We observed them restrained on the upper tier of unit

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

**Investigator:** HORSLEY, CAMERON
**Assigned Date:** 11/04/2022
**Report Due Date:** 12/04/2022
**Disposition Date:**

**IR Number:** IR-2022-ESP-002217
**Occurrence Date:** 10/28/2022
**IA Number:** IA-
**Institution:** ESP

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | 7 on the ground.<br>Next both nurses walked with Officer Elmore to accompany him to the trauma room in the medical department of the Ely state prison. There we cleaned up his wound so that we were able to further assess it. We noticed about a 1 cm long superficial cut on the top area of his skull. We both advised Lieutenant Donahue that he should be sent out to the ER to verify that stitches are not needed.<br>Next, we were called to the visiting holding area to assess inmate (Montelongo 1020756). Upon assessing him, we noticed that his left eye was swollen shut, and his left nare was bleeding. He also smelled of some sort of alcohol. sergeant Weiland did ask how long has he been drinking? ?He stated he is not sure maybe a day.? Upon completion of his vital signs, they were all within normal ranges at the time. At that point Nurse Gingoyon stayed with the inmate and continue to clean up his wounds. Nurse Wilson went to call APRN Villegas. APRN Villegas gave orders to send inmate Montelongo out to the ER for further assessment. At that time, I informed both Sergeant Brandon and Lieutenant Donahue of the orders.<br>I then assessed Officer Colston again specifically his right arm. He stated that he did notice that he had some pain. He stated he felt some occasional on and off tingling. I continued to observe slight swelling in his right arm. I then advised Lieutenant Donahue, that Officer Colston should go to the ER as well as a precaution to make sure that his arm is intact internally.<br>Next both nurses were waiting outside of the infirmary for the CERT team to get inmate [redacted] out of his cell and transfer him to the trauma room for further assessment. We overheard there was some sort of struggle and commotion between the CERT team and the inmate. We heard the CERT team tell inmate [redacted] to stop resisting the restraints. They attempted several times to get the restraints on for the transfer to the trauma room and the inmate refused. We asked the inmate if he wanted medical attention, he stated no. Due to the noncompliance of the inmate and the safety risk for all those involved, medical was unable to further assess inmate [redacted]<br>END OF REPORT |
| INC028 | ****************Entering on behlaf of RN Gingoyon**************<br>On October 28th 2022, At approximately 19:55, I, Femarie Gingoyon RN was charting our medication administrations in Pharmacy 1 at Ely State Prison when a call came over the radio asking for medical assistance in unit 7 A. I and Nurse Wilson had arrived at Unit 7 where we met both officers who were assaulted, in the sallyport. Both officers (Officer Elmore, and Officer Colston) were asked what happened and they stated that they were escorting the inmates to the showers. During the escort, the inmates wanted to talk to other inmates, but the officers asked them to continue to progress to the showers. The inmates then assaulted the staff by head butting them and kneeing them to their chest. Medical did not observe this but this is the statement of the officers that was relayed to us. |

# State of Nevada
# Department of Corrections
Investigation Detail Report
For: AG Office

## Investigation

**Investigator:** HORSLEY, CAMERON
**IR Number:** IR-2022-ESP-002217
**Assigned Date:** 11/04/2022
**Occurrence Date:** 10/28/2022
**Report Due Date:** 12/04/2022
**IA Number:** IA-
**Disposition Date:**
**Institution:** ESP

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | We first assessed officer Elmore and noticed he had some blood on the top of his head. We then assessed officer Colston, and he relayed to us that he had some pain in his right forearm area. Upon our assessment it did not appear broken, but slightly swollen. Officer Colston stated that he had some pain in his arm at the time. We were informed by Lieutenant Donahue that inmates [redacted]) and (Montelongo 1020756) were involved in the staff assault. We observed them restrained on the upper tier of unit 7 on the ground from the sallyport.<br>Next both nurses walked with Officer Elmore to the trauma room in the medical department of the Ely state prison. There we cleaned up his wound to further assess it. We noticed about a 1 cm long superficial cut on the top area of his skull. We both advised Lieutenant Donahue that he should be sent out to the ER for further medical attention/treatment.<br>Next, we were called to the visiting holding area to assess inmate (Montelongo 1020756). Upon assessing him, we noticed that his left eye was swollen shut with a 0.5 cm superficial cut below the left eye and his left nare was bleeding. He also smelled of some sort of alcohol. Sergeant Weiland did ask how long has he been drinking? ?He stated he is not sure maybe a day.? Upon completion of his vital signs, they were all within normal ranges at the time. At that point Nurse Gingoyon stayed with the inmate and continue to clean up his wounds and applying pressure in his left nare. Nurse Wilson went to call APRN Villegas. APRN Villegas gave orders to send inmate Montelongo out to the ER for further assessment. At that time, we informed both Sergeant Brandon and Lieutenant Donahue of the orders.<br>Next, we were waiting outside of the infirmary for the CERT team to get inmate [redacted] out of his cell and transfer him to the trauma room for further assessment. We overheard there was some sort of struggle and commotion between the CERT team and the inmate. We heard the CERT team tell inmate [redacted] to stop resisting the restraints. They attempted several times to get the restraints on for the transfer to the trauma room and the inmate refused. We asked the inmate if he wanted medical attention, he stated no. Due to the noncompliance of the inmate and the safety risk for all those involved, medical was unable to further assess inmate [redacted] A refusal form was secured.<br>Saw inmate at cell front with Officer Escamilla in the infirmary. Inmate complained that his left arm is hyperextended and broken but when asked if he is willing to be transferred to the trauma room to assess him, he refused.<br>END OF REPORT |
| INC019 | On October 28, 2022, at approximately 1953 two inmates [redacted] and Montelongo, Victor # 1020756) began to actively resist and commit battery on C/O Elmore and C/O Coulston by kicking and headbutting the Officers multiple times. Hands on use of force was performed at that time. At approximately 1956 response staff arrived and inmate [redacted] got on the ground, Inmate Montelongo actively resisted Officer while putting him on the ground.<br>At approximately 2011 while assisting inmate Montelongo out of the restraint chair into cell 3 in |

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

**Report Type** | **Report Detail**

visiting holding inmate Montelongo became combative and began resisting the officers. A hands-on use of force occurred with Sgt. Weiland, SC/O Fowler and C/O Gonzales-Ortiz. Inmate Montelongo was placed on the floor inside the cell. It was at this time that his head hit the floor. Medical was then called to assess inmate Montelongo and at approximately 2035 Medical advised that the on-call provider Lorenzo Villegas APRN recommended inmate Montelongo be taken to WBRH for further assessment.
At approximately 2137 a hands-on use of force was performed by CERT Officers C/O Rigney, C/O Kirkland and Sgt Jacobs in the Infirmary cell 8 when inmate [redacted] was being taken out of the cell for medical to assess him. Inmate [redacted] tried to capture the wrist restraints after one side was applied to him. CERT Officers maintained control of the restraints and they were removed from the inmate. He then refused medical and was uncooperative. Medical assessed him at the door. No other forced was used. C/O Elmore and C/O Coulston were sent to WBRH for Medical assessment after they were assessed by ESP Medical Staff.

| Staff Name | Participation |
|---|---|
| DONAHUE, SEAN | Reporting |

**Comment:** Shift Command

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | On October 28, 2022, at approximately 1953, I, Lieutenant Sean Donahue, B Night Shift Lieutenant, was in my office doing use of force review paperwork when I heard a radio call that I thought said that an officer needs assistance. Sergeant J. Brandon then repeated the call for all available staff to respond to U7, officer needs assistance. I then rushed out the custody door towards U7. As I reached U7 I heard another, more distressed call for assistance from U7. I entered the U7A sallyport to assess the situation. I could see two inmate's, I/m Montelongo 1020756 and I/m [redacted] facing the officers on the top tier. C/O Coulston was attempting to control I/m Montelongo and C/O Elmore was fighting with I/m [redacted] The group was on the top tier near cell 42 and 43. At the same time 3 more officers entered the sallyport and I told the control room officer to cycle us in. As we approached the incident, I began yelling for the inmates to get on the ground and for the officers to put the inmates on the floor. Inmate [redacted] did finally get on the floor with assistance from C/O Elmore and leg restraints were applied. I/m Montelongo resisted and responding staff placed him on the floor. Other responding staff arrived and involved staff were relieved to go get evaluated by ESP Medical. I told C/O Coulston to go to medical to get the restraint chair to move the inmates. Until then I wanted them kept secure on the floor where they were. Montelongo was the first to be taken off the tier to cell three in visiting holding. While being placed in the cell he became combative with staff and a second |

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | spontaneous use of force occurred. When that incident was secured, I had staff go and get I/m [redacted] from U7 and take him to the infirmary using the restraint chair. He was moved without incident. After medical evaluated I/m Montelongo they went to the infirmary to evaluate I/m [redacted]. When CERT officers attempted to restrain him, he tried to capture the restraint unsuccessfully. This was the third spontaneous use of force. He then refused medical attention. I/m Montelongo did go to the emergency room via 4 ESP CERT. The inmate did return a short while after and was placed in cell 9A22 without further incident. Both officers would end up going to the emergency room for further evaluation. The On Call Warden, AW Drummond was notified and kept informed as information about everything was learned. |

| Staff Name | Participation |
|---|---|
| RIGNEY, CHET | Reporting |

**Comment:** CERT

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | On October 28, 2022, at approximately 2130 hours I Correctional Emergency Response Team (CERT) Officer Chet Rigney was assigned to take inmate [redacted] to the trauma room after he had assaulted custody staff.<br>When we arrived at [redacted] cell in the infirmary, I ordered him to submit to an unclothed body search. He struggled to follow orders and I had to repeat them to him multiple times. Once the search was complete, I had him face the back of the cell and place his hands in the food slot to be restrained. When I got the left restraint on, he pulled his right arm back into the cell and refused to give the restraints back. I tried to reason with him and have him place his arm back into the food slot, but he refused and started to brace his feet against the door and pull the lead and the restraints into the cell. I helped utilize the control lead to pull his arm back through the food slot. Once I was able to remove the wrist restraint he pulled his arm back inside the cell and the food slot was secured. Due to his hostile behavior, he could not be taken to the trauma room so medical evaluated him through the window of the cell but he refused all medical treatment. |

| Staff Name | Participation |
|---|---|
| COULSTON, CHRISTOPHER | Victim |

**Comment:**

- Reports

| Report Type | Report Detail |
|---|---|

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| **Report Type** | **Report Detail** |
|---|---|
| USEOF | On October 28, 2022, I correctional Officer C. Coulston was assigned as on of the culinary officers for the graveyard shift. At approximately 1950 hours (7:50 pm), my partner in culinary, Officer E. Elmore, were tasked with conducting red-tag showers for unit 7. When we arrived, Senior Gutierrez informed us which cell was the shower and my partner and I went to cell 7A32 to conduct the restrained escort. Once inmates Montelongo, V. #1020756 and [redacted] were in wrist restraints, Officer Elmore raised his hand to signal the door was ready to be opened so that we could apply leg restraints. Both inmates walked out of their cell before leg restraints could be applied. Inmate Montelongo started walking towards the upper showers, and my partner and I had told them that we were going to take them downstairs. Inmate Montelongo started walking not heeding any verbal commands my partner or I were giving. He finally stopped at cell A41 to talk to that cell and when I approached him, I asked him to continue with the escort. He didn?t acknowledge my command, so I raised my voice a little more sternly and once again he didn?t acknowledge my command. I then placed my left hand onto his upper right arm to make him continue to the shower. Once I placed my hand onto him, he tried pulling away as if he wasn?t wanting to comply with the escort. Once he tried pulling away, I told my partner that we were going to take them back to their assigned cell and they weren?t going to get their shower. When I said that, inmate Montelongo tried everything he could to break from the escort, but I maintained a hold either onto him, or his shirt. Due to the height, weight and strength difference between inmate Montelongo and myself, I was unable to place him on the ground. Inmate Montelongo then shoved his right shoulder towards me in an attempt to knock me onto the ground, but it failed, and I used his momentum to place him on the wall with my right hand on his chest doing my best to prevent him from moving. Over the institutional handheld radio, I stated ?officer needs assistance, unit 7?. He was then moving from side to side, and I placed my right arm in between his right arm and his body trying to get him into a chicken wing escort position. I did not get my hand in the proper position; I pulled my arm out and then placed it on his upper chest to prevent him from leaving the wall. While he was against the wall, he was telling me ?Turn your head so I can headbutt you?, and ?you?re real lucky these cuffs are on?. After he said that, I heard the 7A sallyport doors cycle and responding officers saying get on the ground. I still had inmate Montelongo against the wall at this point and once other officers were around me, we placed him on the ground using the minimal amount of force necessary where leg restraints were applied. Once leg restraints were applied, Lt. Donahue ordered me to retrieve the restraint chair, and I then left. I brought it back to the unit and relieved Senior Gutierrez in the unit 7 control room. At approximately 2030 hours (8:30 pm) I was relieved by Senior Gutierrez and told to speak with Lt. (Lieutenant) Donahue. I was seen by Ely State Prison?s on shift nursing staff, and they recommended I head to William B. Ririe Emergency Room for further evaluation. I arrived at the Sergeant?s desk where the Lieutenant was, and he informed me to grab my things and head to the ER to get checked out. I did sustain a mild injury to my lower right arm. A Workers? Composition packet was filled out upon my arrival back to work. |

# State of Nevada
## Department of Corrections
Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | ...[CCOULSTON, 11/26/2022 23:26:11] Inmate Montelongo #1020756 did make contact when he shoved his shoulder into me, striking me in my upper body near my right shoulder. The shoulder check did not have the desired effect, as I maintained my balance.<br><br>In an attempt to place inmate Montelongo # 1020756, I mistakenly placed my non-escorting hand in between his right arm and upper body in an attempt for a chicken wing escort position. Inmate Montelong squeezed his arm towards his chest trapping my arm momentarily. I tried to place inmate Montelongo on the wall in any way possible, and with my arm trapped, I was able to do so, but his right shoulder and side was placed on the wall first injuring my arm. With the inmate on the wall, I was able to free my arm. After the incident, I realized my lower right arm was injured from placing the inmate on the wall when my arm was trapped. |

| Staff Name | Participation |
|---|---|
| JACOBS, DANIAL | Reporting |

**Comment:** CERT Sgt

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | On October 28, 2022, at approximately 2137 hours, I, C.E.R.T. Sergeant Danial Jacobs was present when a spontaneous-hands-on-use-of-force occurred involving Inmate [redacted] C.E.R.T. was tasked with removing Inmate [redacted] from Infirmary cell 8, to the Trauma Room to be assessed by medical personnel. It was apparent that Inmate [redacted] was intoxicated. He was not following orders and was slurring his words, there was also a smell of alcohol coming from the cell. Inmate [redacted] was given directions to face the back of his cell and place his hands into the food slot so that he could be restrained. Once the left restraint was secured on his wrist, Inmate [redacted] drew his right hand back into the cell. Inmate [redacted] was given multiple orders to place his hand back into the cell to be restrained, he refused. Inmate [redacted] then turned towards the cell door and placed his feet against the bottom of the cell door to brace himself. C.E.R.T. Officers maintained positive control of the restraints, drawing Inmate [redacted] left arm outside of the cell food slot. While Inmate [redacted] arm was outside of the food slot, he was given multiple orders to stop fighting against the officers and to give the restraints back. Inmate [redacted] did eventually comply with the orders given to him and let the officers remove the restraints from his left wrist. Inmate [redacted] then stood up and walked towards the back of the cell and officers closed the food slot. Because of his hostility and combative actions, this was considered a refusal to see medical. |

| Staff Name | Participation |
|---|---|
| GONZALES-ORTIZ, OSCAR | Reporting |

**Comment:** Cert Pesponse

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | On October 28, 2022, I Correctional Emergency Repose Team (C.E.R.T) Officer Gonzales-Ortiz was working my assigned post at Ely State Prison. At approximately 7:55pm officers made a radio call that officers assistants was needed in unit 7. Upon arriving to unit 7 A wing, I noticed Correctional Officer Christopher Coulston And Correctional Officer Edward Elmore struggling to put Inmate Montelongo, Victor NDOC # 1020756 and Inmate [redacted] on to the floor, due to them not complying with orders and refusing to walk to the shower from there holding cell 32. Officer Coulston had Inmate Montelongo pined up against the wall between cell doors 43 and 44 and Officer Elmore had Inmate [redacted] pined up against the guard rails. Once I arrived to where both officers reside, I ordered both inmates to get on the ground, Inmate [redacted] complied with orders and got on the floor. Inmate Montelongo was being hostile and was refusing to comply with orders so minimal force was used to put inmate Montelongo on the floor with the help of other officers. Once the inmate was placed on the floor it was ordered to put inmate Montelongo in the restraint chair which was done with no force. Inmate Montelongo was ordered to be escorted to visiting holding cell 3. Once arriving to visiting holding cell 3 inmate became hostile again once he was out the restraint chair. Inmate Montelongo tried to headbutt Sergeant Officer Weiland at this point which he quickly ducked, then Sergeant Weiland grabbed his legs and placed Montelongo in cell 3 on the floor. Montelongo was then seen by medical and was having a hard time standing up due to him being intoxicated. Medical then made the decision for him to be sent out to William Bee Ririe Hospital. After medical was done evaluating Montelongo his wrist and leg restraints were removed with no incident. Other C.E.R.T Officers were called in to go to the transport. No further incident occurred. END OF REPORT |

| Staff Name | Participation |
|---|---|
| KIRKLAND, DENT | Reporting |

**Comment:** CERT

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | On October 28, 2022, at approximately 9:30 pm I Correctional Emergency Response Team, Officer Kirkland was assigned to take Inmate [redacted] to be evaluated by medical after a Spontaneous Use of Force had occurred. When we arrived at his cell, Inmate [redacted] was ordered to conduct an unclothed body search. After the unclothed body search was complete Inmate [redacted] backed up to the cell door to be restrained. Once the left restraint was applied, he pulled his right arm back into the cell and refused all orders to turn back around to be restrained, he then began pulling his left arm into the cell using his feet to push off the door. Resulting in a Spontaneous Use of Force. Using the control lead I was able to maintain control of the restraints. Once his left arm was back outside of the food slot the restraints were removed and the food slot was secured. End of Report |

# State of Nevada
## Department of Corrections

Investigation Detail Report
For: AG Office

### Investigation

**Investigator:** HORSLEY, CAMERON
**Assigned Date:** 11/04/2022
**Report Due Date:** 12/04/2022
**Disposition Date:**

**IR Number:** IR-2022-ESP-002217
**Occurrence Date:** 10/28/2022
**IA Number:** IA-
**Institution:** ESP

### Staff Involvment

| Staff Name | Participation |
|---|---|
| FOWLER, CAMERON | Reporting |

**Comment:** response

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | On October 28th, 2022, I Senior Correctional Officer Cameron Fowler working my assigned post of Search and Escort at Ely State Prison. At approximately 19:52 a call came over the radio of a spontaneous use of force in Unit 7. I responded to Unit 7 with other staff and entry was made on to Unit 7 A tier. Inmates [redacted] and Montelongo, Victor # 1020756) were on the top tier along with Correctional Officers C. Coulston and E.Elmore. Verbal orders were given to the inmates to get on the ground. Inmate [redacted] complied with orders; inmate Montelongo continued to actively resist officers and minimal force was used to place Montelongo on the ground, I placed leg restraints on Montelongo and relieved C/O Coulston and took over inmate?s right arm. While waiting for a restraint chair to be brought to the unit, Montelongo was continually making verbal threats towards staff. I helped escort Montelongo down the stairs and placed him into the restraint chair. Inmate Montelongo was ordered to be placed in holding cell 3 in visiting holding. Once arriving to visiting holding cell 3 the inmate became hostile again once he was out the restraint chair and began to try and pull away from Correctional Emergency Repose Team (C.E.R.T) Officer Gonzales-Ortiz and myself, Inmate Montelongo turned and tried to headbutt Sergeant Officer Weiland at this point which he quickly ducked, Sergeant Weiland grabbed his legs and placed Montelongo in cell 3 on the floor. I maintained control of the control lead, and Montelongo was then stood up so he could be seen by medical but was having a hard time standing up due to him being intoxicated. Medical then made the decision for him to be sent out to William Bee Ririe Hospital. After medical was done evaluating Montelongo, his wrist and leg restraints were removed with no incident. END OF REPORT IR-2022-ESP-002217 |

| Staff Name | Participation |
|---|---|
| ELMORE, EDWARD | Victim |

**Comment:** Response

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | At approximately 7:50PM on October 28, 2022, I, Correctional Officer E. Elmore, while working my assigned post at Ely State Prison as one of the culinary officers, I was in Unit 7 to conduct the red tag shower that remained to be done. After restraining Inmate Montelongo, V NDOC #1020756 and Inmate [redacted] for their shower, I raised my hand to signal to the unit control officer to open the door so leg restraints could be applied. Both Inmates stepped out of the cell before leg restraints were applied. Inmate Montelongo immediately began walking towards the opposite direction of the shower located downstairs. Officer Coulston and I began issuing verbal commands to Inmate Montelongo to stop, to which he refused stating ?I?m just going to say hi to the homies?. At the same time, I placed my hand around [redacted] elbow in a C |

# State of Nevada
## Department of Corrections
Investigation Detail Report
For: AG Office

### Investigation

**Investigator:** HORSLEY, CAMERON
**Assigned Date:** 11/04/2022
**Report Due Date:** 12/04/2022
**Disposition Date:**
**IR Number:** IR-2022-ESP-002217
**Occurrence Date:** 10/28/2022
**IA Number:** IA-
**Institution:** ESP

### Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | style grip to maintain hands on control. At this time, I also smelled a very strong scent of Inmate made alcohol coming from their cell. Inmate [redacted] began walking towards Inmate Montelongo, at which point I gave him verbal orders to go back to his cell. Inmate [redacted] refused, both inmates then became verbally irate stating ?We?ve done this for years. We run this shit?. Due to the height, weight, and strength difference between the inmate and I, I was unable to get Inmate [redacted] to stop moving towards Inmate Montelongo. Upon reaching Inmate Montelongo both Inmates became more verbally aggressive and, began physically resisting any sort of further movement. Inmate [redacted] pulled forward and broke free from my grip and began pressing himself against Officer Coulston. I immediately placed myself between Inmate [redacted] and, Officer Coulston. At which point I attempted to place Inmate [redacted] against the wall, while giving verbal Commands to get for the Inmate to comply. Due to height, weight, and strength difference between the Inmate, and I. I was not able to keep him against the wall. Inmate [redacted] then pushed himself off the wall, raising his knee and striking me in my abdomen. I then gave verbal orders to for the Inmates to comply. I proceeded to attempt to place my arm through Inmate [redacted] arm and side of his body to place my hand on his shoulder to regain control. I was unable to gain control and maintain the hold. My arm became momentarily locked between Inmate [redacted] arm and body, and I was thrown off Inmate [redacted] with the momentum he produced by his rotating motion. After approximately one minute of attempting to regain control, while giving verbal commands to stop resisting and get on the ground and comply. Inmate [redacted] began to alternate striking me by headbutting and kneeing me repeatedly, I was finally able to place Inmate [redacted] against the protective rails on the upper tier. I was able to hold Inmate [redacted] in this position for approximately twenty seconds. During the 20 seconds Inmate [redacted] stated, ?I?m fucking tired.? to which I replied, ?Just lay on the ground and we can stop.? Inmate [redacted] then replied stating, ?Fuck that, you guys disrespected us.? Inmate [redacted] then became combative again, Inmate [redacted] struck me with another headbutt and used his body to shove me away, causing my right knee to hit the concrete floor, towards the wall. I immediately attempted to regain compliance, by pushing him back into the protective railing using my full body weight against him and trying to grab the protective railing for leverage, attempting to control him there. Due to me being unable to grab onto the railing Inmate [redacted] successfully jerked his body in a counterclockwise rotation, causing me to grab Inmate [redacted] by the arms instead. Inmate [redacted] then threw me towards the railing using the momentum of his body and causing my left knee to hit the concrete floor. I immediately got up and proceeded to give verbal commands to comply. I was once again able to place him against the protective railing. I was finally able to gain a full hold on the railing and pulled myself towards Inmate [redacted], using my body weight, arm strength, and grip to hold him against the protective railing. I heard Inmate [redacted] breathing and continued to hold him in that position. I gave verbal orders to get on the ground and Inmate [redacted] immediately struck me with his knee me in my abdomen. I held Inmate [redacted] the same position, proceeding to brace my right knee against Inmate [redacted] left knee, angling my body to prevent him from kneeing me |

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | anymore. Inmate [redacted] then began headbutting me repeatedly. I continued holding Inmate [redacted] in the same position, while giving verbal orders to comply, and awaited backup. The responding Officers gave further orders to get on the ground to which Inmate [redacted] finally complied. Inmate Montelongo refused to comply causing responding Officers, Officer Coulston, and myself to place Inmate Montelongo on the ground using the minimal amount of force necessary. I secured Inmate [redacted] legs by placing them into leg restraints and holding them down on the ground with my right leg in case he became combative again. I was shortly relieved from my position on Inmate [redacted] legs, and I was inspected by medical staff. The injuries I sustained were a laceration on my head being approximately 1 ? inches in length and bruising on my left thigh. I was instructed to go to the William B. Ririe Hospital emergency room in case any further treatment was required. A Workers? Composition packet was filled out upon my arrival back to work. END OF REPORT |

| Staff Name | Participation |
|---|---|
| WEILAND, JAMES | Reporting |

**Comment:**

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | On October 28,2022 at approximately1952 a call over the radio for officer needs assistance in unit 7. I Sergeant Weiland, J. was conducting an inspection in tower 3 at the time. Inmate Montelongo #1020756 and inmate [redacted] in unit 7A32 were assaulting officers during an escort. I arrived through the west gate and assisted in the escort of Montelongo to visiting holding. Inmate Montelongo was in the restraint chair and while the escorting officers were moving him from the restraint chair to his cell, inmate Montelongo became combative and resisted officers once out of the restraint chair. He then rushed towards me and attempted to headbutt me. I ducked down and grabbed his legs and was able to place him in his cell. Inmate Montelongo was in holding cell #3 and was checked by medical. He complained about being intoxicated and could not stand up on his own. Medical made the decision for him to be sent to WBR Hospital. His restraints were removed with no further incident. CERT was notified for a medical transport. |

| Staff Name | Participation |
|---|---|
| GUTIERREZ, JAVIER | Reporting |

**Comment:** Unit Officer

- 

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | On October 28, 2022, I Senior Correctional Officer J. Gutierrez was working my assigned post as the unit 7 control room officer at Ely State Prison. At approximately 750pm, Correctional officers Elmore and Coulston had arrived in unit 7 to assist with a Red Tag shower and a Cell Shake down afterwards. Officers Elmore and Coulston went to the A wing of unit 7 to do the Red Tag shower which was housing assignment 7A 32 which housed inmates [redacted] and Montelongo NDOC # 1020756. Officers Continued to make their way to the 7A 32 and once arrived at the cell inmates were both placed in wrist restraints. Officers then signaled to have the cell door open, therefore I proceeded to open the cell door, inmate Montelongo stepped out the cell first and I tried to close the cell door behind him because Red Tag inmate are to be moved one at a time, but inmate [redacted] quickly stepped out of the cell as well and hence both inmates were on the tier. From what I could tell both inmates seemed to be agitated and upset and weren?t following the officer?s orders, inmate Montelongo then proceeded to walk away from the officers down between cells 7A 42 & 43. Officer Coulston shortly went to inmate Montelongo and grabbed on to him to try and continue the escort to the shower while Officer Elmore was escorting inmate [redacted] towards where Officer Coulston and inmate Montelongo were. When Officer Coulston grabbed on to inmate Montelongo, from what I could tell inmate Montelongo became Irate along with inmate [redacted] and both began yelling obscurities at both officers and began fighting with both officers, I immediately called over the radio for support and to inform of the spontaneous use of force. From what I can tell inmate [redacted] began fighting with Officer Elmore by attempting to pull away and kick and landing multiple head butts on officer Elmore. Inmate Montelongo began fighting with Officer Coulston by attempting to pull away trying to strike officer Coulston with is body, both inmates also tried to strike each other?s escorting officer as well. While this was happening, I grabbed the 40mm less lethal projectile weapon and made my way to the center window off the control room looking out onto the tier and gave orders to both inmates to stop and follow the officer?s orders on the tier but failed to do so. As supporting staff arrived, I made my way back to the unit 7 control desk and began cycling the sally port doors to let responding officers onto the tier. Medical staff did arrive at the incident as well. Once responding officers arrived to assist with the assailants both inmates were placed on the ground and continued to maintain control of both inmates. Inmate Montelongo was the first inmate to be removed out of the unit. I then proceed to have Officer Coulston come into the unit 7 control room so I can step out and assist with any way I can due to our short staffing. I entered the A wing of unit 7 and made my way to the other officers on the tier that were maintaining control of inmate [redacted] Inmate [redacted] than began making threats towards me stating that when he gets out, he is going to attempt to harm me. A radio call came over of another spontaneous use of force in visiting holding therefore I broke off from unit 7 and made my way to visiting holding when I arrived Inmate Montelongo had been placed on the floor and was waiting for medical to respond as well. Once medical responded I assisted with helping inmate Montelongo so he can medically assed once more. I was then asked by my supervisor to make |

# State of Nevada
## Department of Corrections
Investigation Detail Report
For: AG Office

### Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | HORSLEY, CAMERON | **IR Number:** | IR-2022-ESP-002217 |
| **Assigned Date:** | 11/04/2022 | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | 12/04/2022 | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

### Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| | my way back to unit 7 and assist with the escort of inmate [redacted] to the infirmary. Inmate [redacted] was placed in the restraint chair to avoid any more force, inmate [redacted] was successfully moved to his new housing assignment in the infirmary. No further force was used. End of report. |