# EXHIBIT L

Investigation Detail Report re
IR-2022-ESP-002218

EXHIBIT L

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | | **IR Number:** | IR-2022-ESP-002218 |
| **Assigned Date:** | | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Referral

**Referred By:** COOKE, TASHEENA

**Referred Date:** 12/29/2022 12:22

**Referral Detail:** I/M submitted a disciplinary appeal for this OIC that alleges an excessive use of force in this incident. Referred to the IG for review.

## Narrative

A spontaneous use of force occurred during an escort of inmate Montelongo, Victor # 1020756 by escorting CERT Officers.While moving him to property for transport.

## Offender Involvment

| NDOC ID | Offender Name | Participation |
|---|---|---|
| 1020756 | MONTELONGO, VICTOR | Participant |

**Comments:**

## Staff Involvment

| Staff Name | Participation |
|---|---|
| BRANDON, JEFFERY | Reporting |

**Comment:** 019

- Reports

| Report Type | Report Detail |
|---|---|
| INC019 | On October 28,2022 at approximately 2156, a hands-on use of force was performed on inmate Montelongo, Victor #1020756 when he was being escorted from visiting holding to property hallway for a medical transport. While CERT officers were escorting inmate Montelongo he started to turn towards officers and was trying to pull away from them. At that time, he was escorted in a modified rear wrist lock. During the escort he continued to turn towards officers and was attempting to pull away from the escorting officers. He then spit on Sgt. Weiland hitting his glasses. CERT officers placed him on the ground and put a spit mask on him. The escort continued, and he was taken to WBRH for his assessment. |

| Staff Name | Participation |
|---|---|
| RIGNEY, CHET | Reporting |

**Comment:** CERT

- Reports

| Report Type | Report Detail |
|---|---|
| USEOF | On October 28, 2022, at approximately 2150 hours I Correctional Emergency Response Team (CERT) Officer Chet Rigney was assigned to take inmate Montelongo # 1020756 to WBRH for a medical transport after he had assaulted custody staff. |

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | | **IR Number:** | IR-2022-ESP-002218 |
| **Assigned Date:** | | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| **Report Type** | **Report Detail** |
|---|---|
| | When I arrived in the visiting holding cells where he was being held for transport, I could see that he was under the influence of something. When I gave him the command to submit to an unclothed body search and opened the food slot a very strong odor of Inmate made alcohol came from the cell. He Could not follow simple orders and conducting the unclothed body search took some time to finish. Once the search was complete, he submitted to restraints, and we began the escort to the property holding cells where he could be placed in black box restraints and escorted to the hospital. During the escort he became belligerent and was pushing against my partner that was helping with the escort. He was given verbal commands to follow orders and continue the escort. When he pushed against my partner the second time we placed him into a modified escort and continued to move him to the property room. A short time after placing him in the modified escort he spit in the face of the Sergeant that was behind us. At that time, he was placed on the ground and was secured there until a camera arrived on scene. He was then escorted to property where we finished prepping him for transport to WBRH. |

| **Staff Name** | **Participation** |
|---|---|
| JACOBS, DANIAL | Reporting |

**Comment:** CERT Sgt.

- Reports

| **Report Type** | **Report Detail** |
|---|---|
| INC028 | On October 28, 2022, at approximately 2150 hours, the Correctional Emergency Response Team (C.E.R.T.) was tasked with escorting Inmate Montelongo #1020756 from Visiting Cell 3 to the Property Room to get prepared for transport to William Bee Ririe Hospital. While in the main corridor of Building 9, Inmate Montelongo was being hostile and combative and was pushing against escorting officers. It was apparent during the escort that Inmate Montelongo was highly intoxicated. Inmate Montelongo was placed in a modified escort. In route to the Property Room, Inmate Montelongo continued to be combative and did spit towards one of the Sergeants that was present. When this happened, Inmate Montelongo was placed on the ground and was segmented by the escorting officers. A spit mask was placed on the inmate?s head to keep him from spitting on another officer. Once the camera arrived on scene, the escorting officers were relieved, per policy, and two other C.E.R.T. officers continued the escort. Inmate Montelongo was placed in a property cell, given an unclothed body search, and placed in a black box for transport. |

| **Staff Name** | **Participation** |
|---|---|
| BROWN, SHANE | Reporting |

**Comment:** CERT

- 

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | | **IR Number:** | IR-2022-ESP-002218 |
| **Assigned Date:** | | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | | **IA Number:** | IA- |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | On October 28, 2022 I Senior Correctional Officer Brown was working my assigned post at Ely State Prison on the Correctional Emergency Response Team. At approximately 2200 I assisted in a Spontaneous Use of Force involving Inmate Montelongo NDOC 1020756. Montelongo was being very difficult and non compliant on the escort from visiting holding all the way to property. Once he was placed on the ground I assisted with segmenting Montelongo and had positive control of his right wrist. Montelongo was then brought back up and escorted to the property room to and then taken to the hospital. End of Report. |

| Staff Name | Participation |
|---|---|
| WEILAND, JAMES | Reporting |

**Comment:** Sgt.

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | On October 28,2022 at approximately 2156, I Sergeant Weiland was supervising the escort of inmate Montelongo #1020756 from visiting holding to property hallway for a medical transport. While CERT officers were escorting inmate Montelongo he started to turn towards officers and was trying to pull away from them. He then attempted to stop the escort. He was then escorted in a modified rear wrist lock. During the escort he continued to turn towards officers and was attempting to pull way from the escorting officers. He then spit on me hitting my glasses. CERT officers placed him on the ground and put a spit mask on him. The escort was continued and he was escorted to WBR Hospital. |

| Staff Name | Participation |
|---|---|
| GUZMAN JR, JOSE | Reporting |

**Comment:** CERT

- Reports

| Report Type | Report Detail |
|---|---|
| INC028 | On October 28, 2022, I Correctional Officer J. Guzman was working my assigned post on the Correctional Emergency Response Team (CERT) at Ely State Prison. At approximately 2200 during an escort down to the property room a spontaneous use of force that occurred outside of the property room on inmate Montelongo, # 1020756. I then assisted the officers by segmenting on the lower extremities, I then secured the legs by placing them in restraints. Once fully secured I took over the escort and escorted the inmate to the property room where he performed an unclothed body search and was then taken to the hospital. No further incidents. End of report |

| Staff Name | Participation |
|---|---|
| KIRKLAND, DENT | Victim |

**Comment:** CERT

# State of Nevada
# Department of Corrections

Investigation Detail Report
For: AG Office

## Investigation

| | | | |
|---|---|---|---|
| **Investigator:** | | **IR Number:** | IR-2022-ESP-002218 |
| **Assigned Date:** | | **Occurrence Date:** | 10/28/2022 |
| **Report Due Date:** | | **IA Number:** | **IA-** |
| **Disposition Date:** | | **Institution:** | ESP |

## Staff Involvment

- Reports

| **Report Type** | **Report Detail** |
|---|---|
| USEOF | On October 28, 2022, at approximately 9:50 pm I Correctional Emergency Response Team Officer Kirkland was assigned to transport Inmate Montelongo, Victor #1020756 to WBRH for a medical transport. When we arrived at his cell in visiting holding he appeared to be under influence, he was having trouble following simple orders and smelled of Inmate made alcohol. Once he was restrained we began the escort to the property holding cells so he could be placed in a black box for the transport. During the escort inmate Montelongo was pushing against me and I gave him several orders to continue walking and continue with the escort. Inmate Montelongo pushed against me a second time and we placed him in a modified escort and continued to move him to property. As we were crossing the yard he spit in the face of the Sergeant following behind us. At that time we placed him on the ground and segmented him there until the camera arrived. Once the camera arrived I was relieved and we continued to property room and placed him in the black box for the transport WBRH. |