# EXHIBIT O

Disciplinary Forms I-III re OIC 513820

EXHIBIT O

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

**INMATE NAME:** MONTELONGO, VICTOR 1020756
**CURRENT LOC:** HDSP-U12-A-28-B; : ;NC
**INCIDENT LOC:** ESP
**OIC#:** 513820 **IR#:** IR-2022-ESP-002217

**HEARING INFORMATION**

**DATE OF HEARING:** 01/05/2023 **TIME OF HEARING:** 10:11 am
**NAME OF HEARING OFFICER:** RIGNEY, CURTIS
**DATE OF SERVICE OF NOTICE OF CHARGES:** 10/29/2022
**CHARGING EMPLOYEE:** ELMORE, EDWARD

**CHARGES AND PLEAS**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**ADDITIONAL HEARING INFORMATION**

**Counsel Substitute Requested:** [ ]
**Counsel Substitute:**
**Proceeding Recorded:** X
**Stat Forfeiture Possible:** X
**Potential Category:** [ ]
**Offender Cautioned Regarding Possible Criminal Charges and Right to Remain Silent:** X

**WITNESS INFORMATION**

**Witness Decision Justification:** Not requested

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

**CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)**

**A CI RELIABLE** [ ] **CHECK AT LEAST ONE BOX BELOW**

- [ ] INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS RE
- [ ] CORROBORATING TESTIMONY
- [ ] DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST
- [ ] IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

**B STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI** [ ]

**DISCIPLINARY STATEMENT OF OFFENDER**

On recording

**INSTITUTION PRESENTATION**

Staff reports

**EVIDENCE RELIED ON FOR DISCIPLINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 01/05/2023 | Rigney | Staff report |

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| **INMATE NAME:** MONTELONGO, VICTOR 1020756 | **DATE OF HEARING:** 01/05/2023 **TIME OF HEARING:** 10:11 am |
| **CURRENT LOC:** HDSP-U12-A-28-B; : ;NC | **NAME OF HEARING OFFICER:** RIGNEY, CURTIS |
| **INCIDENT LOC:** ESP | **DATE OF SERVICE OF NOTICE OF CHARGES:** 10/29/2022 |
| **OIC#:** 513820 **IR#:** IR-2022-ESP-002217 | **CHARGING EMPLOYEE:** ELMORE, EDWARD |

**DISCIPLINARY HEARING ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Guilty |
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |

**RESULTS OF DISCIPLINARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|
| 27 | Stat Loss Referral | | 60 | 01/05/2023 | 03/06/2023 | | | |
| 28 | Restitution | | | 01/05/2023 | | | | |
| 29 | Disciplinary Segregation | | 180 | 01/05/2023 | 07/04/2023 | | | |
| 30 | Loss Of Canteen Privilege | | 90 | 04/05/2023 | 07/04/2023 | | | |
| 33 | Attorney General Refferal | | | 01/05/2023 | | | | |

**ANCILLARY INFORMATION AND INSTRUCTIONS**

- [X] **STAT FORFEITURE REFERRAL**
- [ ] **RECOMMENDED CATEGORY**
- [ ] **POST DISCIPLINARY CLASSIFICATION**

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Counsel Substitute Name | |
| Stat forfeiture possible? | Yes |
| Disciplinary Hearing Committee | Rigney, Cox, Allred |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |
| Potential Category? | CAT A |
| Recommended Category? | Cat A |
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | |
| Does Investigator Validate CI? | |
| Does Chair Validate CI Source? | |
| Are CI Documents Reliable? | |
| Does Safety Prevent Disclosure of CI? | |
| Was CI Info Accepted? | |
| Parole Board Referal? | |
| Post Disciplinary Classification? | |

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| **INMATE NAME:** MONTELONGO, VICTOR 1020756 | **DATE OF HEARING:** 01/05/2023 **TIME OF HEARING:** 10:11 am |
| **CURRENT LOC:** HDSP-U12-A-28-B; : ;NC | **NAME OF HEARING OFFICER:** RIGNEY, CURTIS |
| **INCIDENT LOC:** ESP | **DATE OF SERVICE OF NOTICE OF CHARGES:** 10/29/2022 |
| **OIC#:** 513820 **IR#:** IR-2022-ESP-002217 | **CHARGING EMPLOYEE:** ELMORE, EDWARD |

Director Review Required?

Does the offender want a witness — Was asked and does not want a witness

### SIGNATURES AND RECEIPT

**DATE / TIME OF SERVICE:** __________________ / ______________

**HEARING OFFICER:** ____________________________________________
(Printed name of Serving Officer)

**HEARING OFFICER:** ____________________________________________
(Signature of Serving Officer)

**OFFENDER:** ____________________________________________
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

**WARDEN/DESIGNEE:** ____________________________________________
(Signature of Warden / Designee)

**DISTRIBUTION**

I-File (Original)

Inmate Services (Copy)

Inmate (Copy)

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM II
## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: MONTELONGO, VICTOR 1020756 | DATE OF HEARING: 11/10/2022 TIME OF HEARING: 07:55 pm |
| CURRENT LOCATION: HDSP-U12-A-28-B; : ;NC | NAME OF HEARING OFFICER: WEILAND, JAMES |
| OIC#: 513820 IR#: IR 2022-ESP-002217 | DATE OF SERVICE OF NOTICE OF CHARGES: 10/29/2022 |

WAIVE PREPARATION: N WAIVE HEARING: N REFUSE TO SIGN: N

**CHARGES**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**PRELIMINARY STATEMENT OF OFFENDER**

Inmate made no statement at this time

**PRELIMINARY INSTITUTION PRESENTATION**

C/O Elmore reports that inmate MONTELONGO, VICTOR 1020756 refused orders which resulted in a spontaneous use of force causing injury to both escorting officers.

**PRELIMINARY HEARING OFFICER ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |

**RESULTS OF INFORMAL SUMMARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

**EVIDENCE RELIED ON FOR PRELIMINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 11/10/2022 | SGT Weiland | C/O Elmore reports that inmate MONTELONGO, VICTOR 1020756 refused orders which resulted in a spontaneous use of force causing injury to both escorting officers. |

**ADVISEMENT TO DISCIPLINARY COMMITTEE**

**Counsel Substitute Requested:** [X] **Name of Counsel Substitute:** TBD

**WITNESS INFORMATION**

**Witness Decision Justification:** Inmate requested no witness at this time

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

| SIGNATURES AND RECEIPT | DISTRIBUTION |
|---|---|
| **DATE OF SERVICE:** _______________ **TIME OF SERVICE:** ___________ | |
| **PRINTED NAME OF HEARING OFFICER** ______________________________ | Primary Hearing Officer (Original) |
| **SIGNATURE OF HEARING OFFICER** ________________________________ | Charging employee (Copy) |
| **SIGNATURE OF INMATE** ___________________________________________<br>(Signature indicates receipt only. It is not a plea; refusal to sign should be noted) | Inmate (Copy) |

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM I
## NOTICE OF CHARGES

| INMATE INFORMATION | VIOLATION INFORMATION |
|---|---|
| **INMATE NAME:** MONTELONGO, VICTOR 1020756 | **CHARGING EMPLOYEE:** ELMORE, EDWARD |
| **CURRENT LOC:** HDSP-U12-A-28-B; : ;NC | **DATE OF INCIDENT:** 10/28/2022 |
| **OIC#:** 513820 **IR#:** IR-2022-ESP-002217 | **DATE CHARGES WRITTEN:** 10/28/2022 |

**CHARGES AND EVIDENCE**

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ3: | Battery | | |

**REPORT OF VIOLATION**

At approximately 7:50PM on October 28, 2022, I, Correctional Officer E. Elmore, while working my assigned post at Ely State Prison as one of the Culinary Officers, I was in Unit 7 to conduct the red tag shower that remained to be done. The shower that remained was Cell 7A32 which housed Inmates Montelongo, V NDOC #1020756 and [redacted] Both Inmates refused direct orders to go to the shower which led to a spontaneous use of force. Injuries were sustained by both Officers attempting to complete red tag showers. END OF REPORT

| CHARGING EMPLOYEE | SUPERVISOR |
|---|---|
| (Signature of Charging Employee) | (Signature of Supervisor) |

**SERVICE OF NOTICE OF CHARGES**

**DATE / TIME OF SERVICE:** ____________________ / _______________

**SERVING OFFICER:** ____________________________________________
(Printed name of Serving Officer)

**SERVING OFFICER:** ____________________________________________
(Signature of Serving Officer)

**OFFENDER:** ____________________________________________
(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

**DISTRIBUTION**

Primary Hearing Officer (Original)

Charging employee (Copy)

Inmate (Copy)