# EXHIBIT P

Disciplinary Forms I-III re OIC 513822

EXHIBIT P

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM I
## NOTICE OF CHARGES

| INMATE INFORMATION | VIOLATION INFORMATION |
|---|---|
| **INMATE NAME:** MONTELONGO, VICTOR 1020756 | **CHARGING EMPLOYEE** Sgt. D. Jacobs |
| **CURRENT LOCATION** ESP-U7-A-37-B; : ;NC | **DATE OF INCIDENT:** 10/28/2022 |
| **OIC#:** 513822 **IR#:** IR-2022-ESP-002218 | **DATE CHARGES WRITTEN:** 10/28/2022 |

**CHARGES AND EVIDENCE**

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ3: | Battery | officers reports | |

**REPORT OF VIOLATION**

On October 28, 2022, at approximately 2150 hours, the Correctional Emergency Response Team (C.E.R.T.) was tasked with escorting Inmate Montelongo #1020756 from Visiting Cell 3 to the Property Room to get prepared for transport to William Bee Ririe Hospital. While in the main corridor of Building 9, Inmate Montelongo was being hostile and combative and was pushing against escorting officers. It was apparent during the escort that Inmate Montelongo was highly intoxicated. Inmate Montelongo was placed in a modified escort. In route to the Property Room, Inmate Montelongo continued to be combative and did spit on one of the Sergeants that was present. When this happened, Inmate Montelongo was placed on the ground and was segmented by the escorting officers. A spit mask was placed on the inmates head to keep him from spitting on another officer. Inmate Montelongo was escorted and placed in a property cell, given an unclothed body search, and placed in a black box for transport.

| CHARGING EMPLOYEE SIGNATURE | SUPERVISOR SIGNATURE |
|---|---|
| ______________________________ | ______________________________ |

| SERVICE OF NOTICE OF CHARGES | DISTRIBUTION |
|---|---|
| **DATE OF SERVICE:** _________ **TIME OF SERVICE:** _______ | Primary Hearing Officer (Original) |
| **PRINTED NAME OF SERVING OFFICER**____________________________ | Charging employee (Copy) |
| **SIGNATURE OF SERVING OFFICER**________________________________ | Inmate (Copy) |

**SIGNATURE OF INMATE** ______________________________

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM II

## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

| INMATE INFORMATION | | HEARING INFORMATION | |
|---|---|---|---|
| INMATE NAME: | MONTELONGO, VICTOR 1020756 | DATE OF HEARING: 11/18/2022 | TIME OF HEARING: 10:26 am |
| CURRENT LOCATION: | ESP-U7-A-37-B; : ;NC | NAME OF HEARING OFFICER: | HOMAN, DENNIS |
| OIC#: 513822 | IR#: IR 2022-ESP-002218 | DATE OF SERVICE OF NOTICE OF CHARGES: | 10/31/2022 |

WAIVE PREPARATION: N  WAIVE HEARING: N  REFUSE TO SIGN: N

### IF LATE, PROVIDE EXPLAINATION OF EXCEPTIONAL CIRCUMSTANCE

Staffing

### CHARGES

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

### PRELIMINARY STATEMENT OF OFFENDER

None given

### PRELIMINARY INSTITUTION PRESENTATION

Inmate became combative and argumentative towards escorting officers and was placed in a hostile escort position at which time he spit on one of the officers.

### PRELIMINARY HEARING OFFICER ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |

### RESULTS OF INFORMAL SUMMARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

### EVIDENCE RELIED ON FOR PRELIMINARY HEARING

| Date | UserName | Statement |
|---|---|---|
| 11/18/2022 | Lt Homan | Officers report |

### ADVISEMENT TO DISCIPLINARY COMMITTEE

**Counsel Substitute Requested:** ☐ **Name of Counsel Substitute:**

### WITNESS INFORMATION

**Witness Decision Justification:** None requested.

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

### SIGNATURES AND RECEIPT

**DATE OF SERVICE:** _______________ **TIME OF SERVICE:** ___________

**PRINTED NAME OF HEARING OFFICER**____________________________

**SIGNATURE OF HEARING OFFICER** ______________________________

**SIGNATURE OF INMATE** ________________________________________
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

### DISTRIBUTION

Primary Hearing Officer (Original)

Charging employee (Copy)

Inmate (Copy)

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III

## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U7-A-37-B; : ;NC
LOCATION OF INCIDENT ELY STATE PRISON Phase 1 Recreatio
OIC#: 513822 IR#: IR-2022-ESP-002218

**HEARING INFORMATION**

DATE OF HEARING 12/22/2022 TIME OF HEARING: 10:02 am
NAME OF HEARING OFFICER: RIGNEY, CURTIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/31/2022
CHARGING EMPLOYEE: BRANDON, JEFFERY

**CHARGES AND PLEAS**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**ADDITIONAL HEARING INFORMATION**

**Counsel Substitute Requested:** ☐
**Name of Counsel Substitute:**
**Proceeding Recorded:** X
**Stat Forfeiture Possible:** X
**Potential Category:** ☐
**Offender Cautioned Regarding Possible Criminal Charges and Right to Remain Silent:** X

**WITNESS INFORMATION**

**Witness Decision Justification:** Did not want

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

**CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)**

**A CI RELIABLE:** ☐ **CHECK AT LEAST ONE BOX BELOW**

- ☐ **INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS REPORT.**
- ☐ **CORROBORATING TESTIMONY**
- ☐ **DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST**
- ☐ **IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE**

**B STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI** ☐

**DISCIPLINARY STATEMENT OF OFFENDER**

On recording

**INSTITUTION PRESENTATION**

Inmate spit on staff

**EVIDENCE RELIED ON FOR DISCIPLINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 12/22/2022 | Rigney | Staff report |

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | | HEARING INFORMATION | |
|---|---|---|---|
| INMATE NAME: | MONTELONGO, VICTOR 1020756 | DATE OF HEARING: 12/22/2022 | TIME OF HEARING: 10:02 am |
| CURRENT LOCATION: | ESP-U7-A-37-B; : ;NC | NAME OF HEARING OFFICER: | RIGNEY, CURTIS |
| LOCATION OF INCIDENT | ELY STATE PRISON Phase 1 Recreatio | DATE OF SERVICE OF NOTICE OF CHARGES: | 10/31/2022 |
| OIC#: 513822 | IR#: IR-2022-ESP-002218 | CHARGING EMPLOYEE: | BRANDON, JEFFERY |

### DISCIPLINARY HEARING ACTION

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |
| MJ3 | Battery | MJ3 | Battery | Guilty |

### RESULTS OF DISCIPLINARY HEARING

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|
| 23 | Stat Loss Referral | | 60 | 12/22/2022 | 02/20/2023 | | | |
| 24 | Loss Of Phone Privilege | | 90 | 12/22/2022 | 03/22/2023 | | | |
| 25 | Loss Of Canteen Privilege | | 90 | 12/22/2022 | 03/22/2023 | | | |
| 26 | Loss Of ACCESS Packages Privilege | | 90 | 12/22/2022 | 03/22/2023 | | | |

### ANCILLARY INFORMATION AND INSTRUCTIONS

- [X] **STAT FORFEITURE REFERRAL**
- [ ] **RECOMMENDED CATEGORY**
- [ ] **POST DISCIPLINARY CLASSIFICATION**

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Counsel Substitute Name | |
| Stat forfeiture possible? | Yes |
| Disciplinary Hearing Committee | Rigney, Cox, Allred |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |
| Potential Category? | CAT A |
| Recommended Category? | Cat A |

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: MONTELONGO, VICTOR 1020756 | DATE OF HEARING 12/22/2022 TIME OF HEARING: 10:02 am |
| CURRENT LOCATION: ESP-U7-A-37-B; : ;NC | NAME OF HEARING OFFICER: RIGNEY, CURTIS |
| LOCATION OF INCIDENT ELY STATE PRISON Phase 1 Recreatio | DATE OF SERVICE OF NOTICE OF CHARGES: 10/31/2022 |
| OIC#: 513822 IR#: IR-2022-ESP-002218 | CHARGING EMPLOYEE: BRANDON, JEFFERY |

| | |
|---|---|
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | |
| Does Investigator Validate CI? | |
| Does Chair Validate CI Source? | |
| Are CI Documents Reliable? | |
| Does Safety Prevent Disclosure of CI? | |
| Was CI Info Accepted? | |
| Parole Board Referal? | |
| Post Disciplinary Classification? | |
| Director Review Required? | |
| Does the offender want a witness | Was asked and does not want a witness |

| SIGNATURES AND RECEIPT | DISTRIBUTION |
|---|---|
| **DATE OF SERVICE:** _______________ **TIME OF SERVICE:** ____________ | I-FILE (Original) |
| **PRINTED NAME OF HEARING OFFICER** ____________________________ | Inmate Services (Copy) |
| **SIGNATURE OF HEARING OFFICER** ____________________________ | Inmate (Copy) |
| **SIGNATURE OF INMATE** ____________________________________ | |

(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

**WARDEN/DESIGNEE** ____________________________________________