# EXHIBIT S

Grievance No. 2006-31-47024

EXHIBIT S

LOG NUMBER: 2006 31 47024

**NEVADA DEPARTMENT OF CORRECTIONS**
**SECOND LEVEL GRIEVANCE**

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT: 5B-17

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006-31-47024 ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature] DATE: 3-16-2023

WHY DISAGREE: The only evidence for Battery is that while I had an untreated scalp wound that left my face coated in blood, a speckle allegedly hit Sgt. Weiland's glasses? That's what the NDOC wants to go to Court on? Video footage from the other incident shows I didn't have major injuries. Then Sgt. Weiland and CERT escort me to a known blind spot at ESP, slam me down to the cement, kick me and stomp on my

GRIEVANCE COORDINATOR SIGNATURE: P Hernandez CCOIII DATE: 3/17/23

SECOND LEVEL RESPONSE:

See attached

____ GRIEVANCE UPHELD ✓ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: [signature] TITLE: DDO DATE: 8/8/23

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 9/1/23

INMATE SIGNATURE: ____ DATE: ____

**THIS ENDS THE FORMAL GRIEVANCE PROCESS** 9-11-23

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

Ely State Prison
SEP 05 2023
Grievance Coordinator

Ely State Prison
MAR 20 2023
Grievance Coordinator



DOC 3094 (12/01)

# State of Nevada
# Department of Corrections

INMATE GRIEVANCE REPORT

**ISSUE ID#** 20063147024 **ISSUE DATE:** 12/29/2022
**ISSUE LOC:** ESP

| INMATE NAME | NDOC ID | CURR LOC | TRANS TYPE | GR CODE | ASSIGNED TO |
|---|---|---|---|---|---|
| MONTELONGO, VICTOR MELENDEZ | 1020756 | ESP | RTRN_L2 | DSC | DTRISTAN |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 08/08/2023 | | Resolved | TORSMITH | INACTIVE |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Offender Montelango,

I am in receipt of your Second level Grievance as it relates to your Guilty finding of OIC 513822 MJ3 - Battery and the disciplinary being upheld at the First level of the grievance process.
Your remedies are as follows:

After reviewing the Notice of Charges Statement and available evidence, I have found that there is sufficient evidence to support the findings. I have found that the policies were followed in relation to the Disciplinary Process and the sanctions imposed are in accordance with the Disciplinary Sanctions outlined in AR 707.2. Therefore, I find you were charged appropriately and within the guidelines of The Code of Penal Discipline.

Your claim that the charge of Battery was not addressed and that it was not a rational charge. The Sergeants involved in this incident provided a statement regarding the event and stated you deliberately spit on him, which landed on of the lenses of the safety glasses he was wearing. You were charged accordingly with an MJ:3 Battery: Any willful use of force or violence upon a person of another. Per AR 07.01(C)(7)(A)(B), which clearly states Any finding of guilt must be based on some evidence, regardless of the amount and the evidence used shall be documented. The formal rules of evidence do not apply in disciplinary hearings.

You further state that excessive force was used against you during this incident. At the First level grievance you were granted a review of the force by the Inspector General's office.
Remedy one was granted at the First level. The OIC dismissed, medical treatment, $20,000.00 in compensatory damages and the Warden from Lovelock Correctional Center scheduled a conference with you to negotiate a fair resolution regarding this incident is denied.

Your grievance is resolved.

Ely State Prison
SEP 05 2023
Grievance Coordinator

GRIEVANCE RESPONDER David Tristan

Log Number 2006-31-47024

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT: ~~2B-17~~ 5B.17

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER ______, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature] DATE: 12/25/22

WHY DISAGREE: Appeal of OIC 513822. I didn't commit "Battery" nor did I spit on an officer. This is a falsified write-up created to explain the Excessive Force used against me by CERT. I had an untreated bleeding laceration on my scalp that was matting down my hair into my eyes and mouth that I never had an opportunity to remove or clean because I was kept in full hand and leg restraints. During transport by 4 CERT officers, I tried to push my

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 12/29/22

FIRST LEVEL RESPONSE:

See Attached.

_____ GRIEVANCE UPHELD ✓ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: [signature] TITLE: WDN DATE: 3.06.2023

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 3/6/23

_____ INMATE AGREES VM INMATE DISAGREES

INMATE SIGNATURE: [signature] DATE: 3-16-23

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Ely State Prison SEP 05 2023 Grievance Coordinator

Ely State Prison DEC 29 2022 Grievance Coordinator

Ely State Prison MAR 20 2023 Grievance Coordinator



DOC 3093 (12/01)

**MEMO: Ely State Prison**

To: MONTELONGO, VICTOR #1020756
From: William Gittere, Warden, Ely State Prison
Date: February 13, 2023
Re: Disciplinary Appeal/I Level One Grievance- GR# 2006-31-47024

**CHARGES AND FINDINGS:**

Based on a Notice of Charges, on October 28, 2022, you were charged with MJ3 – Battery. Following your disciplinary hearing on December 22, 2022, you were found guilty and sanctioned with:

1. 60 Days Statutory Loss Referral
2. 90 Days Canteen Loss
3. 90 Days Telephone Loss
4. 90 Days Loss of Access SecurePak Package Privileges

WARDEN'S OFFICE
MAR 07 2023
W.A. Gittere
Warden
ELY STATE PRISON

**INMATES BASIS FOR APPEAL:**

You are appealing based on your claims that:

1. You did not spit on officers, that you were only using your tongue to push your hair out of your mouth so that you could speak.

2. You were falsely charged to explain the alleged excessive force against you by CERT officers.

Your proposed remedy:

1. To have the Inspector General's Office investigate this incident.
2. To dismiss the charge.
3. To have medical treatment for your hand expedited, or you to be awarded $20,000 in compensatory damages.
4. To have the Warden from LCC who helps handle excessive use of force incidents schedule a conference with you to negotiate a fair resolution regarding this incident.

**WARDEN'S FINDINGS AND DECISION:**

On May 5, 2022, you were found guilty of an MJ44 – Failure to Submit Drug / Alcohol Test. Please note that, per AR 707, I am to consider three factors when deciding an appeal:

1. Whether there was substantial compliance with requirements of the Code
2. Whether the Disciplinary Hearing Officer's decision was based on some evidence, and
3. Whether the sanctions imposed are appropriate.

After reviewing the Notice of Charges Statement and available evidence, I have found that there is sufficient evidence to support the findings. I have found that the policies were followed in relation to the Disciplinary Process and the sanctions imposed are in accordance with the Disciplinary Sanctions outlined in AR 707.1. Therefore, I find you were charged appropriately and within the guidelines of The Code of Penal Discipline.

1. Evidence disputes your claim that you did not actually spit on officers. Sgt. Weiland stated that you did spit on him, which landed on the lenses of the glasses he was wearing at the time.

2. Due to your prior grievance alleging an excessive use of force, in accordance with AR 405.12, the incident was already referred to the Inspector General's Office for review.

3. You may file a medical kite for medical treatment at any time.

**Your remedies are rejected, and your appeal is denied.**

Ely State Prison
MAR 20 2023
Grievance Coordinator

Ely State Prison
5 2023
Grievance Coordinator



Cc: I-file

Log Number 2006-31-47024

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT: 2B-17

GRIEVANT'S STATEMENT: OIC#513822 For Tracking Purposes Only

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature] DATE: 12/25/22 TIME: 8pm

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 12/26/22 TIME: 4:57pm

GRIEVANCE RESPONSE:

Advanced to 1st level

CASEWORKER SIGNATURE: ______ DATE: ______

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: ______ DATE: ______

___ INMATE AGREES ___ INMATE DISAGREES

INMATE SIGNATURE: ______ DATE: ______

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's copy when formal grievance filed
Gold: Inmate's initial receipt

Ely State Prison
SEP 0 5 2023
Grievance Coordinator

Ely State Prison
DEC 2 9 2022
Grievance Coordinator

Ely State Prison
MAR 2 0 2023
Grievance Coordinator

NDOC000043

DOC 3091 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT #: 2B-17

GRIEVANCE #: GRIEVANCE LEVEL: 1st

GRIEVANT'S STATEMENT CONTINUATION: PG. 1 OF 2

long hair out of my mouth with my tongue so I could talk. The sergeant asked what the hell I was doing and I told him but he didn't understand me and became more irritated. Later in the escort, once CERT reached a known camera "blind spot", I was yanked to a stop suddenly, then slammed down to the ground. All while still in hand/leg restraints. The CERT began to pin me down, ~~[illegible]~~ punch and kick me, then, while my face was held to the cement, an officer stomped on the back of my head. I blacked out and suffered sporadic blackouts while I was taken to the town's emergency room where it was discovered my entire head was severely swollen, I had compound fractures in my face and around my eye, my hand was broken, and I had bruising and lacerations and abrasions in the head, neck, and body. To this day Ely has yet to adequately treat my broken hand. The knuckles and fingers are misshapen and I can't make a closed fist. The Disciplinary Committee disregarded the excessive force and my injuries, told me no video evidence exists when I asked for it of all the cameras I was transported by to prove I wasn't "combative"

Original: Attached to Grievance
Pink: Inmate's Copy

Ely State Prison
SEP 0 5 2023
Grievance Coordinator

Ely State Prison
DEC 2 9 2022
Grievance Coordinator

Ely State Prison
MAR 2 0 2023
Grievance Coordinator

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT #: 2B-17

GRIEVANCE #: GRIEVANCE LEVEL: 1st

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 2

nor did I ever make a spitting motion to an officer. There's not even the incident/Use of Force camera footage to review for a transport they felt warranted numerous officers assisting in.

My Remedies are to have this OIC and Excessive Force investigated by the IG's Office, the Warden from Lovelock who helps handle excessive force incidents to schedule a meeting with me about a fair resolution, the OIC to be dismissed, medical treatment expedited for my hand, and/or my attached Admin. Claim Form for $20,000 to be granted.

Ely State Prison
Original: Attached to Grievance
Pink: Inmate's Copy

0 5 2023
Grievance Coordinator

Ely State Prison
DEC 29 2022
Grievance Coordinator

Ely State Prison
MAR 20 2023
Grievance Coordinator

# NEVADA DEPARTMENT OF CORRECTIONS
# ADMINISTRATIVE CLAIM FORM

THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740

DO **NOT** SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR

This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim. Please provide complete information. If you need more space, attach a separate sheet of paper. You may submit additional evidence if available. Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $20,000 is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) | 2. I.D. # | 3. INSTITUTION |
|---|---|---|
| Victor Montelongo | 1020756 | ESP |

| 4. AMOUNT OF CLAIM | 5. DATE AND DAY OF OCCURRENCE | 6. TIME (a.m. or p.m.) |
|---|---|---|
| $20,000 | 10-28-2022 | PM |

| 7. PLACE OF OCCURRENCE |
|---|
| ESP, outside Property Room |

DOC 3095 (12/01)

Ely State Prison
SEP 05 2023
Grievance Coordinator

Ely State Prison
DEC 29 2022
Grievance Coordinator

Ely State Prison
MAR 20 2023
Grievance Coordinator



NDOC000046

8. Describe here, in complete detail, exactly how your claim loss or damage occurred and why you believe the institution is responsible or liable:

CERT transported me in hand/leg restraints, made a false write-up for "Battery" by spit - which I did not do. Then once I was taken to a known camera "blind spot" the 4 CERT officers stopped me, slammed me to the ground, pinned then punched and kicked me, before holding my face to the cement to stomp on the back of my head. Emergency room found compound fractures in my face, broken hand, bruising and lacerations to face, head, neck, and body.

9. Witnesses. Be sure to include any staff member who may have been involved in, or has any knowledge of, your alleged loss; also, list any inmate who has actual knowledge of facts pertinent to your claim:

I believe there were 4 CERT Officers, including Sgt. Jacobs

10. Other pertinent information:

Ely State Prison
SEP 0 5 2023
Grievance Coordinator

Ely State Prison
DEC 2 9 2022
Grievance Coordinator

Ely State Prison
MAR 2 0 2023
Grievance Coordinator

STATE OF Nevada )
) SS
COUNTY OF White Pine )

I, Victor Montelongo, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those maters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME. THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this 25th day of December, 2022

[signature]
Signature of Claimant

**NOTICE**

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

Ely State Prison
5 2023
Grievance Coordinator

Ely State Prison
DEC 29 2022
Grievance Coordinator

Ely State Prison
MAR 20 2023
Grievance Coordinator

DOC - 3095 (12/01)

# NEVADA DEPARTMENT OF CORRECTIONS

## ADMINISTRATIVE CLAIM RELEASE AGREEMENT

I, Victor Montelongo, NDOC # 1020756 as claimant, did on the 25th day of December, 2022, file against and deliver to the Department of Corrections, via the Warden of Ely State Prison, an institution/facility of the Department of Corrections, an Inmate Grievance No.______, alleging personal injuries or any other claim arising out of a tort alleged to have occurred during my incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees, or contractors described as Excessive Force False Write-ups.

I acknowledge that $20,000 will be deposited into my account as payment in full, for the above claim and hereby release the State of Nevada, the Nevada Department of Corrections and any and all agents, servants and/or employees of the state and agency from all liability of any kind whatsoever from any further claim for items identified on this grievance.

I UNDERSTAND THIS RELEASE WILL BECOME EFFECTIVE ONLY UPON THE APPROVAL OF MY CLAIM BY THE STATE OF NEVADA AND/OR THE NEVADA DEPARTMENT OF CORRECTIONS.

DATED this 25th day of December, 2022.

SIGNED: [signature] SOCIAL SECURITY # ——

Signature of Claimant

Ely State Prison

2023

Grievance Coordinator

WITNESS:______ TITLE:______

Ely State Prison

DEC 2 9 2022

Grievance Coordinator

Ely State Prison

MAR 2 0 2023

Grievance Coordinator

DOC-3096 (2/02)

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM I
## NOTICE OF CHARGES

**INMATE INFORMATION**

**INMATE NAME:** MONTELONGO, VICTOR 1020756

**CURRENT LOCATION** ESP-U9-A-22-A; : ;NC

**OIC#:** 513822 **IR#:** IR-2022-ESP-002218

**VIOLATION INFORMATION**

**CHARGING EMPLOYEE** Sgt. D. Jacobs

**DATE OF INCIDENT:** 10/28/2022

**DATE CHARGES WRITTEN:** 10/28/2022

**CHARGES AND EVIDENCE**

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ3: | Battery | officers reports | |

**REPORT OF VIOLATION**

On October 28, 2022, at approximately 2150 hours, the Correctional Emergency Response Team (C.E.R.T.) was tasked with escorting Inmate Montelongo #1020756 from Visiting Cell 3 to the Property Room to get prepared for transport to William Bee Ririe Hospital. While in the main corridor of Building 9, Inmate Montelongo was being hostile and combative and was pushing against escorting officers. It was apparent during the escort that Inmate Montelongo was highly intoxicated. Inmate Montelongo was placed in a modified escort. In route to the Property Room, Inmate Montelongo continued to be combative and did spit on one of the Sergeants that was present. When this happened, Inmate Montelongo was placed on the ground and was segmented by the escorting officers. A spit mask was placed on the inmates head to keep him from spitting on another officer. Inmate Montelongo was escorted and placed in a property cell, given an unclothed body search, and placed in a black box for transport.

**CHARGING EMPLOYEE SIGNATURE** Sgt [signature]

**SUPERVISOR SIGNATURE** Sgt [signature]

**SERVICE OF NOTICE OF CHARGES**

**DATE OF SERVICE:** 10/31/22 **TIME OF SERVICE:** 1505

**PRINTED NAME OF SERVING OFFICER** Sgt Jacobs

**SIGNATURE OF SERVING OFFICER** Sgt [signature]

**SIGNATURE OF INMATE** ______________________

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

**DISTRIBUTION**

Primary Hearing Officer (Original)

Charging employee (Copy)

Inmate (Copy)

Ely State Prison
...023
Grievance Coordinator

Report Name: NVRNOC
Reference Name: NOTIS-RPT-OR-0061.3
Run Date: OCT-31-22 02:48 PM

Ely State Prison
DEC 29 2022
Grievance Coordinator


DOC Form 3017

Ely State Prison
MAR 30 2023
Grievance Coordinator

NDOC000050

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM II

## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

**INMATE INFORMATION** | **HEARING INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U9-A-22-A; : ;NC
OIC#: 513822 IR#: IR 2022-ESP-002218

DATE OF HEARING: 11/18/2022 TIME OF HEARING: 10:26 am
NAME OF HEARING OFFICER: HOMAN, DENNIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/31/2022

WAIVE PREPARATION: N WAIVE HEARING: N REFUSE TO SIGN: N

**IF LATE, PROVIDE EXPLAINATION OF EXCEPTIONAL CIRCUMSTANCE**

Staffing

**CHARGES**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**PRELIMINARY STATEMENT OF OFFENDER**

None given

**PRELIMINARY INSTITUTION PRESENTATION**

Inmate became combative and argumentative towards escorting officers and was placed in a hostile escort position at which time he spit on one of the officers.

**PRELIMINARY HEARING OFFICER ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |

**RESULTS OF INFORMAL SUMMARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

**EVIDENCE RELIED ON FOR PRELIMINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 11/18/2022 | Lt Homan | Officers report |

**ADVISEMENT TO DISCIPLINARY COMMITTEE**

**Counsel Substitute Requested:** ☐ **Name of Counsel Substitute:**

**WITNESS INFORMATION**

**Witness Decision Justification:** None requested.

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

**SIGNATURES AND RECEIPT** | **DISTRIBUTION**

**DATE OF SERVICE:** 11-18-22 **TIME OF SERVICE:** 9:35 AM

**PRINTED NAME OF HEARING OFFICER** LT D. Homan

**SIGNATURE OF HEARING OFFICER** LT [signature]

**SIGNATURE OF INMATE** ____________________

(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

Primary Hearing Officer (Original)
Charging employee (Copy)
Inmate (Copy)

Ely State Prison
SEP 0 5 2023
Grievance Coordinator

Ely State Prison
DEC 2 9 2022
Grievance Coordinator

Ely State Prison
MAR 2 0 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U2-B-17-B; : ;NC
LOCATION OF INCIDENT ELY STATE PRISON Phase 1 Recreatio
OIC#: 513822 IR#: IR-2022-ESP-002218

**HEARING INFORMATION**

DATE OF HEARING 12/22/2022 TIME OF HEARING: 10:02 am
NAME OF HEARING OFFICER: RIGNEY, CURTIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/31/2022
CHARGING EMPLOYEE: BRANDON, JEFFERY

**CHARGES AND PLEAS**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**ADDITIONAL HEARING INFORMATION**

Counsel Substitute Requested: ☐
Name of Counsel Substitute:
Proceeding Recorded: X
Stat Forfeiture Possible: X
Potential Category: ☐
Offender Cautioned Regarding Possible Criminal Charges and Right to Remain Silent: X

**WITNESS INFORMATION**

Witness Decision Justification: Did not want

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

**CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)**

A CI RELIABLE: ☐ CHECK AT LEAST ONE BOX BELOW

☐ INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS REPORT.
☐ CORROBORATING TESTIMONY
☐ DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST
☐ IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

B STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI ☐

**DISCIPLINARY STATEMENT OF OFFENDER**

On recording

**INSTITUTION PRESENTATION**

Inmate spit on staff

**EVIDENCE RELIED ON FOR DISCIPLINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 12/22/2022 | Rigney | Staff report |



Ely State Prison
DEC 2 9 2022
Grievance Coordinator
Ely State Prison
MAR 2 0 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U2-B-17-B; : ;NC
LOCATION OF INCIDENT ELY STATE PRISON Phase 1 Recreatio
OIC#: 513822 IR#: IR-2022-ESP-002218

**HEARING INFORMATION**

DATE OF HEARING 12/22/2022 TIME OF HEARING: 10:02 am
NAME OF HEARING OFFICER: RIGNEY, CURTIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/31/2022
CHARGING EMPLOYEE: BRANDON, JEFFERY

**DISCIPLINARY HEARING ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |
| MJ3 | Battery | MJ3 | Battery | Guilty |

**RESULTS OF DISCIPLINARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|
| 23 | Stat Loss Referral | | 60 | 12/22/2022 | 02/20/2023 | | | |
| 24 | Loss Of Phone Privilege | | 90 | 12/22/2022 | 03/22/2023 | | | |
| 25 | Loss Of Canteen Privilege | | 90 | 12/22/2022 | 03/22/2023 | | | |
| 26 | Loss Of ACCESS Packages Privilege | | 90 | 12/22/2022 | 03/22/2023 | | | |

**ANCILLARY INFORMATION AND INSTRUCTIONS**

- [X] STAT FORFEITURE REFERRAL
- [ ] RECOMMENDED CATEGORY
- [ ] POST DISCIPLINARY CLASSIFICATION

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Counsel Substitute Name | |
| Stat forfeiture possible? | Yes |
| Disciplinary Hearing Committee | Rigney, Cox, Allred |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |
| Potential Category? | CAT A |
| Recommended Category? | Cat A |



Ely State Prison
DEC 29 2022
Grievance Coordinator

Ely State Prison
MAR 20 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

| INMATE INFORMATION | HEARING INFORMATION |
|---|---|
| INMATE NAME: MONTELONGO, VICTOR 1020756 | DATE OF HEARING 12/22/2022 TIME OF HEARING: 10:02 am |
| CURRENT LOCATION: ESP-U2-B-17-B; : ;NC | NAME OF HEARING OFFICER: RIGNEY, CURTIS |
| LOCATION OF INCIDENT ELY STATE PRISON Phase 1 Recreatio | DATE OF SERVICE OF NOTICE OF CHARGES: 10/31/2022 |
| OIC#: 513822 IR#: IR-2022-ESP-002218 | CHARGING EMPLOYEE: BRANDON, JEFFERY |

| | |
|---|---|
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | |
| Does Investigator Validate CI? | |
| Does Chair Validate CI Source? | |
| Are CI Documents Reliable? | |
| Does Safety Prevent Disclosure of CI? | |
| Was CI Info Accepted? | |
| Parole Board Referal? | |
| Post Disciplinary Classification? | |
| Director Review Required? | |
| Does the offender want a witness | Was asked and does not want a witness |

| SIGNATURES AND RECEIPT | DISTRIBUTION |
|---|---|
| DATE OF SERVICE: 12/22/22 TIME OF SERVICE: 1002 | I-FILE (Original) |
| PRINTED NAME OF HEARING OFFICER Sgt Cary | Inmate Services (Copy) |
| SIGNATURE OF HEARING OFFICER ______ | Inmate (Copy) |
| SIGNATURE OF INMATE ______ | |
| (Signature indicates receipt only. It is not a plea; refusal to sign should be noted) | |
| WARDEN/DESIGNEE ______ | |



Ely State Prison
DEC 2 9 2022
Grievance Coordinator

Ely State Prison
MAR 2 0 2023
Grievance Coordinator