# EXHIBIT T

Grievance No. 2006-31-47957

EXHIBIT T

Log Number 31 47157

**NEVADA DEPARTMENT OF CORRECTIONS**
**FIRST LEVEL GRIEVANCE**

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT: 2B-17

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER ____________, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature] DATE: 1/09/2023

WHY DISAGREE: OIC 513820 Appeal — According to Director Gittere's Dec. 8 2022 Memorandum clarifying AR 707.1, Sanctions will no longer be ran consecutively to other sanctions. They begin on the date you're sentenced. At my DH the Committee checked that I had received 90 days of sanctions recently in a different Hearing, so they entered the new sanctions to begin in 3 months, instead of when I was

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 5/23/23

FIRST LEVEL RESPONSE:

See Attached

____ GRIEVANCE UPHELD ✓ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: [signature] TITLE: WON DATE: 5.23.2023

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 5/23/23

____ INMATE AGREES X INMATE DISAGREES

INMATE SIGNATURE: [signature] DATE: no Date!

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

Ely State Prison
JAN 25 2023
Grievance Coordinator

**Ely State Prison**

# Memo

WARDEN'S OFFICE
MAY 23 2023
W.A. Gittere
Warden
ELY STATE PRISON

To: Montelongo, Victor #1020756

From: William Gittere, Warden
Ely State Prison

Date: May 23, 2023

Re: Disciplinary Appeal/I Level One Grievance- GR# 2006-31-47957

**CHARGES AND FINDINGS:** On October 28, 2022 you were charged with a MJ3 Battery. On January 5, 2023 you were found guilty of MJ3 Battery and were sanctioned with the following:

- 60 Days Stat Loss Referral
- Restitution
- 180 Days Disciplinary Segregation
- 90 Loss of Canteen Privileges
- 90 Days Loss of Phone Privileges
- 90 Days Loss of Access Packages Privileges
- Attorney General Referral

These findings were based on a notice of charges.

**INMATES BASIS FOR APPEAL:**

1. You state that your sanctions are being ran consecutively to another OIC.
2. You state you were not permitted to view video of the incident.
3. You state that you did not assault staff.

Your Remedy is to have this incident referred to IG's office for review, sanctions to be reduced and the charge reduced.

**WARDEN'S FINDINGS AND DECISION**: On January 5, 2023 you were found guilty of MJ3 Battery. Please note that, per AR 707, I am to consider three factors when deciding an appeal:

1: Whether there was substantial compliance with requirements of the Code,
2: Whether the Disciplinary Hearing Officer's decision was based on some evidence, and
3: Whether the sanctions imposed are appropriate.

After reviewing the Notice of Charges Statement and available evidence, I have found that there is sufficient evidence to support the findings. I have found that the policies were followed in relation to the Disciplinary Process and the sanctions imposed are in accordance with the Disciplinary Sanctions outlined in AR 707.2. Therefore, I find you were charged appropriately and within the guidelines of The Code of Penal Discipline.

1. Inmate Montelongo #1020756, I have reviewed your sanctions and find that your sanctions have been applied correctly. The date of April 5 2023 was set as that was when your disciplinary segregation was set to expire if you did not receive another OIC at which time you would start the other sanctions in accordance with AR707.1. Review of NOTIS shows that you completed your DS on April 5, 2023.
2. Regarding viewing the video of the incident OP400.07.2, "Due to security reasons no inmate shall be allowed to view any camera footage.
3. I have reviewed this incident in its entirety and disagree with your statement that you did not assault staff. Reviewing video and written staff reports I conclude that you used your shoulder to assault staff during this incident.

**Appeal Denied. Your remedy of this incident being referred to the IG's Office is granted as it has already been referred. Your remedy of sanctions being adjusted is rejected. Your remedy of having the charge of MJ3 reduced is also rejected.**



cc: I-file

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Victor Montalongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT #: 2B-17

GRIEVANCE #: GRIEVANCE LEVEL: 1st Lv

GRIEVANT'S STATEMENT CONTINUATION: PG. 1 OF 2

sentenced. Their goal is obviously to run my sanctions consecutively, which is EXACTLY against the NDOC Directors' clarification Memorandum on AR 707.1. What other reason could the Committee have to sentence me on 1/5/2023, but wait until APRIL 5th, 2023 to begin my sanctions? Please explain that, and where it says in AR 707 or 707.1/.2 where the DHC has discretion to start sanctions at whatever date in the future of their choosing. Next is that the DHC didn't allow me to view the video evidence of the alleged "battery on staff", or give even one single detail or explanation as to why I was guilty of this charge, instead of the lesser charge of not complying with an officer's orders. To further my belief that a reduced charge is appropriate, after the incident in question, I was at Property and CERT said they saw I didn't really do anything in the video footage. I was just pressed against the wall. At no point did I ever harm either officer — who both returned to work the very next day with no apparent injuries or discomfort. My Remedies are as follows: 1.) Because I received a split on my scalp and a concussion,

Original: Attached to Grievance
Pink: Inmate's Copy

Ely State Prison
JAN 2 5 2023
Grievance Coordinator

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Victor Montelongo I.D. NUMBER: 1020756

INSTITUTION: ESP UNIT #: 2B-17

GRIEVANCE #: GRIEVANCE LEVEL: 1st Lv

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 2

I want the IG's Office to review this incident for Excessive Force and to see if it was retaliatory, along with my current DH charge and delayed sanctions. 2.) My sanctions to begin on 1/5/2023, in compliance with the new AR 707.1 provisions on not stacking sanctions consecutively. 3.) My Battery charge reduced, and Disc-Seg reduced to no more than the maximum allowed for Class A violations: 60 Days, since the DHC has shown itself to not be impartial in evaluating evidence, and in not complying with AR 707, 707.1 for the hearing and sentencing.

Original: Attached to Grievance
Pink: Inmate's Copy

Ely State Prison
JAN 2 5 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U2-B-17-B; : ;NC
LOCATION OF INCIDENT ELY STATE PRISON Unit 7 Unit 7 A Wir
OIC#: 513820 IR#: IR-2022-ESP-002217

**HEARING INFORMATION**

DATE OF HEARING 01/05/2023 TIME OF HEARING 10:11 am
NAME OF HEARING OFFICER: RIGNEY, CURTIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/29/2022
CHARGING EMPLOYEE: BRANDON, JEFFERY

**CHARGES AND PLEAS**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**ADDITIONAL HEARING INFORMATION**

Counsel Substitute Requested: ☐
Name of Counsel Substitute:
Proceeding Recorded: X
Stat Forfeiture Possible: X
Potential Category: ☐
Offender Cautioned Regarding Possible Criminal Charges and Right to Remain Silent: X

**WITNESS INFORMATION**

Witness Decision Justification: Not requested

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

**CONFIDENTIAL INFORMATION (CI) CHECKLIST (BOTH A & B MUST BE 'YES' TO RELY ON CI)**

A CI RELIABLE ☐ CHECK AT LEAST ONE BOX BELOW

- ☐ INVESTIGATION OFFICER TESTIFIES PERSONALLY AS TO THE TRUTHFULNESS OF THE CONFIDENTIAL INFORMATION IN HIS REPORT.
- ☐ CORROBORATING TESTIMONY
- ☐ DISCIPLINARY CHAIR HAS FIRST HAND KNOWLEDGE OF SOURCE AND SOURCE HAS BEEN RELIABLE IN THE PAST
- ☐ IN-CAMERA REVIEW OF DOCUMENTS FOUND RELIABLE

B STATEMENT BY CORRECTIONAL OFFICIAL: SAFETY PREVENTS DISCLOSURE OF CI ☐

**DISCIPLINARY STATEMENT OF OFFENDER**

On recording

**INSTITUTION PRESENTATION**

Staff reports

**EVIDENCE RELIED ON FOR DISCIPLINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 01/05/2023 | Rigney | Staff report |



Ely State Prison
JAN 2 5 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U2-B-17-B; : ;NC
LOCATION OF INCIDENT ELY STATE PRISON Unit 7 Unit 7 A Wir
OIC#: 513820 IR#: IR-2022-ESP-002217

**HEARING INFORMATION**

DATE OF HEARING 01/05/2023 TIME OF HEARING 10:11 am
NAME OF HEARING OFFICER: RIGNEY, CURTIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/29/2022
CHARGING EMPLOYEE BRANDON, JEFFERY

**DISCIPLINARY HEARING ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Guilty |
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |

**RESULTS OF DISCIPLINARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|
| 27 | Stat Loss Referral | | 60 | 01/05/2023 | 03/06/2023 | | | |
| 28 | Restitution | | | 01/05/2023 | | | | |
| 29 | Disciplinary Segregation | | 180 | 01/05/2023 | 07/04/2023 | | | |
| 30 | Loss Of Canteen Privilege | | 90 | 04/05/2023 | 07/04/2023 | | | |
| 31 | Loss Of Phone Privilege | | 90 | 04/05/2023 | 07/04/2023 | | | |
| 32 | Loss Of ACCESS Packages Privilege | | 90 | 04/05/2023 | 07/04/2023 | | | |
| 33 | Attorney General Refferal | | | 01/05/2023 | | | | |

**ANCILLARY INFORMATION AND INSTRUCTIONS**

- [X] STAT FORFEITURE REFERRAL
- [ ] RECOMMENDED CATEGORY
- [ ] POST DISCIPLINARY CLASSIFICATION

| HEARING QUESTIONS: | HEARING ANSWERS: |
|---|---|
| Inmate Defendant Present? | Yes |
| Counsel Substitute Requested | No |
| Counsel Substitute Name | |
| Stat forfeiture possible? | Yes |
| Disciplinary Hearing Committee | Rigney, Cox, Allred |
| Proceedings Recorded? | Yes |
| Stat Referral Sent | Yes |



Ely State Prison
JAN 0 5 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM III
## SUMMARY OF DISCIPLINARY HEARING

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U2-B-17-B; : ;NC
LOCATION OF INCIDENT ELY STATE PRISON Unit 7 Unit 7 A Wir
OIC#: 513820 IR#: IR-2022-ESP-002217

**HEARING INFORMATION**

DATE OF HEARING 01/05/2023 TIME OF HEARING: 10:11 am
NAME OF HEARING OFFICER: RIGNEY, CURTIS
DATE OF SERVICE OF NOTICE OF CHARGES: 10/29/2022
CHARGING EMPLOYEE: BRANDON, JEFFERY

| | |
|---|---|
| Potential Category? | CAT A |
| Recommended Category? | Cat A |
| Cautioned for Possible Criminal Charges? | Yes |
| Reminded of Right to Remain Silent? | Yes |
| Corroboration Testimony for CI Info? | |
| Does Investigator Validate CI? | |
| Does Chair Validate CI Source? | |
| Are CI Documents Reliable? | |
| Does Safety Prevent Disclosure of CI? | |
| Was CI Info Accepted? | |
| Parole Board Referal? | |
| Post Disciplinary Classification? | |
| Director Review Required? | |
| Does the offender want a witness | Was asked and does not want a witness |

**SIGNATURES AND RECEIPT**

**DATE OF SERVICE:** ______________ **TIME OF SERVICE:** __________
**PRINTED NAME OF HEARING OFFICER** ____________________________
**SIGNATURE OF HEARING OFFICER** ____________________________
**SIGNATURE OF INMATE** ____________________________
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)
**WARDEN/DESIGNEE** ____________________________

**DISTRIBUTION**

I-FILE (Original)
Inmate Services (Copy)
Inmate (Copy)



Ely State Prison
JAN 2 5 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections

## DISCIPLINARY FORM II

## SUMMARY OF HEARING OFFICER'S INQUIRY AND DISPOSITION

**INMATE INFORMATION**

INMATE NAME: MONTELONGO, VICTOR 1020756
CURRENT LOCATION: ESP-U9-A-22-A; : :NC
OIC#: 513820 IR#: IR 2022-ESP-002217

**HEARING INFORMATION**

DATE OF HEARING: 11/10/2022 TIME OF HEARING: 07:55 pm
NAME OF HEARING OFFICER: WEILAND, JAMES
DATE OF SERVICE OF NOTICE OF CHARGES: 10/29/2022

WAIVE PREPARATION: N WAIVE HEARING: N REFUSE TO SIGN: N

**CHARGES**

| Chrg | Description | Plea |
|---|---|---|
| MJ3 | Battery | Not Guilty |

**PRELIMINARY STATEMENT OF OFFENDER**

Inmate made no statement at this time

**PRELIMINARY INSTITUTION PRESENTATION**

C/O Elmore reports that inmate MONTELONGO, VICTOR 1020756 refused orders which resulted in a spontaneous use of force causing injury to both escorting officers.

**PRELIMINARY HEARING OFFICER ACTION**

| Chrg | Description | RChrg | Description | Finding |
|---|---|---|---|---|
| MJ3 | Battery | MJ3 | Battery | Refer to Disciplinary Hearing |

**RESULTS OF INFORMAL SUMMARY HEARING**

| Line | Description | Mths | Days | Eff. Date | End Date | SSL | Rest. Act | Penalty Comment |
|---|---|---|---|---|---|---|---|---|

**EVIDENCE RELIED ON FOR PRELIMINARY HEARING**

| Date | UserName | Statement |
|---|---|---|
| 11/10/2022 | SGT Weiland | C/O Elmore reports that inmate MONTELONGO, VICTOR 1020756 refused orders which resulted in a spontaneous use of force causing injury to both escorting officers. |

**ADVISEMENT TO DISCIPLINARY COMMITTEE**

**Counsel Substitute Requested:** X **Name of Counsel Substitute:** TBD

**WITNESS INFORMATION**

**Witness Decision Justification:** Inmate requested no witness at this time

| Name | NDOC/ID# | Decision | Reason | Table |
|---|---|---|---|---|

**SIGNATURES AND RECEIPT**

**DATE OF SERVICE:** 11/10/22 **TIME OF SERVICE:** 0755

**PRINTED NAME OF HEARING OFFICER** Weiland J.

**SIGNATURE OF HEARING OFFICER** __________

**SIGNATURE OF INMATE** Copy
(Signature indicates receipt only. It is not a plea; refusal to sign should be noted)

**DISTRIBUTION**

Primary Hearing Officer (Original)
Charging employee (Copy)
Inmate (Copy)

Ely State Prison
JAN 25 2023
Grievance Coordinator

# State of Nevada
# Department of Corrections
## DISCIPLINARY FORM I
## NOTICE OF CHARGES

**INMATE INFORMATION**

**INMATE NAME:** MONTELONGO, VICTOR 1020756
**CURRENT LOCATION** ESP-U9-A-22-A; : ;NC
**OIC#:** 513820 **IR#:** IR-2022-ESP-002217

**VIOLATION INFORMATION**

**CHARGING EMPLOYEE** E. Elmore
**DATE OF INCIDENT:** 10/28/2022
**DATE CHARGES WRITTEN:** 10/28/2022

**CHARGES AND EVIDENCE**

| Chrg | Description | Evidence | Evidence Disposition |
|---|---|---|---|
| MJ3: | Battery | | |

**REPORT OF VIOLATION**

At approximately 7:50PM on October 28, 2022, I, Correctional Officer E. Elmore, while working my assigned post at Ely State Prison as one of the Culinary Officers, I was in Unit 7 to conduct the red tag shower that remained to be done. The shower that remained was Cell 7A32 which housed Inmates Montelongo, V NDOC #1020756 and Abel, T NDOC #1216961. Both Inmates refused direct orders to go to the shower which led to a spontaneous use of force. Injuries were sustained by both Officers attempting to complete red tag showers. END OF REPORT

**CHARGING EMPLOYEE SIGNATURE** ______________________

**SUPERVISOR SIGNATURE** ______________________

**SERVICE OF NOTICE OF CHARGES**

**DATE OF SERVICE:** ________ **TIME OF SERVICE:** _______

**PRINTED NAME OF SERVING OFFICER** ______________________

**SIGNATURE OF SERVING OFFICER** ______________________

**SIGNATURE OF INMATE** ______________________

(Signature indicates receipt of notice only. It is not a plea; refusal to sign should be noted)

**DISTRIBUTION**

Primary Hearing Officer (Original)

Charging employee (Copy)

Inmate (Copy)

Report Name: NVRNOC
Reference Name: NOTIS-RPT-OR-0061.3
Run Date: NOV-02-22 11:03 AM

Ely State Prison
JAN 4 5 2[illegible]
Grievance Coordinator

Log Number 2006314757

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Victor Montelongo I.D. NUMBER: 1020156

INSTITUTION: ESP UNIT: 2B-17

GRIEVANT'S STATEMENT: OIC 513820 For Tracking Purposes Only

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: Victor Montelongo DATE: 1/09/23 TIME: 8am

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 1/11/23 TIME: 9:59am

GRIEVANCE RESPONSE:

CASEWORKER SIGNATURE: DATE:

___ GRIEVANCE UPHELD ✓ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: [signature] DATE: 5/23/23

___ INMATE AGREES ___ INMATE DISAGREES

INMATE SIGNATURE: DATE:

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original: To inmate when complete, or attached to formal grievance
Canary: To Grievance Coordinator
Pink: Inmate's receipt when formal grievance filed
Gold: Inmate's initial receipt

Ely State Prison
JAN 25 2023
Grievance Coordinator