# EXHIBIT V

Authenticating Declaration of Johnathan Binder

EXHIBIT V

AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR MONTELONGO,<br>Plaintiff,<br>v.<br>JAMES WEILAND, *et al.*,<br>Defendants. | Case No. 3:23-cv-00624-CSD<br><br>**DECLARATION OF JONATHAN BINDER** |

I, Jonathan Binder, being first duly sworn, under penalty of perjury under the laws of the United States deposes and says:

1. I am employed as an acting Associate Warden at High Desert State Prison ("HDSP") a correctional facility within the statewide prison system operated by the Nevada Department of Corrections ("NDOC"), having my place of employment in Indian Springs, Nevada.

2. In my capacity as an acting Associate Warden for the NDOC, I have been designated by the NDOC as a custodian of record, wherein I maintain custody over the Administrative Regulations ("AR"), which paper copies are maintained in file cabinets in a controlled area within the NDOC in the ordinary course of business. Therefore, I have personal knowledge of the matters asserted herein and am competent to testify thereto, save for those matters asserted on information and belief, and for those matters, I am informed and believe them to be true.

3. Pursuant to NRS 209.351, the powers vested in and appointments made by the Director of the NDOC, and Administrative Regulation ("AR") 740, and my duties as an Associate Warden for HDSP, I maintain custody of the institutional files and grievance files for inmates incarcerated at HDSP. I also have access to and maintain custody of institutional and grievance records maintained in the Nevada Offender Information Tracking System (NOTIS) for inmates housed at HDSP.

4. In connection with the filing of this declaration, I was contacted by the Nevada Attorney General's Office, who, on information and belief, represents the defendants in the matter entitled Montelongo v. Weiland, et al., now proceeding in the United States District Court, District of Nevada, as Case Number 3:23-cv-00624-CSD. It was requested that I provide truthful and accurate information regarding the authentication of certain documents in support of a motion that Defendants intend to file with the Court and for other proper purposes.

5. I certify that the document identified as Exhibit A is a true and correct copy of Nevada Department of Corrections History of Bed Assignments for offender Victor Montelongo.

6. I certify that the document identified as Exhibit O is a true and correct copy of Nevada Department of Corrections Disciplinary Forms I – III relating to OIC 513820.

7. I certify that the document identified as Exhibit P is a true and correct copy of Nevada Department of Corrections Disciplinary Forms I – III relating to OIC 513822.

8. I certify that the document identified as Exhibit Q is a true and correct copy of Nevada Department of Corrections Audio Recording of Hearing on OIC 513820.

9. I certify that the document identified as Exhibit R is a true and correct copy of Nevada Department of Corrections Audio Recording of Hearing on OIC 513822.

10. I certify that the document identified as Exhibit S is a true and correct copy of Nevada Department of Corrections Offender Grievance No. 2006-31-47024.

11. I certify that the document identified as Exhibit T is a true and correct copy of Nevada Department of Corrections Offender Grievance No. 2006-31-47957.

12. I certify that the document identified as Exhibit U is a true and correct copy of Nevada Department of Corrections Administrative Regulation 740 – Inmate Grievance Procedure, effective date April 28, 2022.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 14th day of January, 2026.

*/s/Jonathan Binder*
Jonathan Binder