# EXHIBIT W

Authenticating Declaration of Geri Worthy

EXHIBIT W

AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR MONTELONGO,

Plaintiff,

v.

JAMES WEILAND, *et al.*,

Defendants.

Case No. 3:23-cv-00624-CSD

**DECLARATION OF GERALDINE WORTHY**

I, Geraldine Worthy, being first duly sworn, under penalty of perjury under the laws of the United States deposes and says:

1. The statements contained in this declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge.

2. I am currently employed as a Health Information Coordinator ("HIC") by the State of Nevada and the Nevada Department of Corrections ("NDOC") assigned to High Desert State Prison ("HDSP").

3. In my capacity as HIC for HDSP, I have access to and maintain custody of the physical medical records of all inmates housed at HDSP. I also have access to and maintain custody of inmates' electronic medical records stored within the Nevada Offender Tracking Information System (NOTIS).

4. In connection with the filing of this declaration, I was contacted by the Nevada Attorney General's Office, who, on information and belief, represents the defendants in the matter entitled *Montelongo v. Weiland, et al.*, now proceeding in the United States District

Court, District of Nevada, as Case Number 3:23-cv-00624-CSD. It was requested that I provide truthful and accurate information regarding the authentication of certain documents in support of a motion that Defendants intend to file with the Court and for other proper purposes.

5. I certify that the document identified as Exhibit N is a true and correct copy of excerpts from the Nevada Department of Corrections medical records relating to offender Victor Montelongo.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 14th day of January, 2026.

*/s/ Geraldine Worthy*
Geraldine Worthy