# EXHIBIT X

Authenticating Declaration of Lisa Johnson

EXHIBIT X

AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR MONTELONGO,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WEILAND, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00624-CSD<br><br>**DECLARATION OF LISA JOHNSON** |

I, Lisa Johnson, being first duly sworn, under penalty of perjury under the laws of the United States deposes and says:

1. I am employed as an Administrative Assistant III by the State of Nevada and the Nevada Department of Corrections ("NDOC") assigned to the Inspector General's Office, having as my place of employment, Carson City, Nevada.

2. In my capacity as an Administrative Assistant II at the Office of the Inspector General's (OIG), I have access to maintain custody of OIG investigation files and records. I also have access to and maintain custody of various investigation records stored electronically in the Nevada Offender Tracking Information System.

3. In connection with the filing of this declaration, I was contacted by the Nevada Attorney General's Office, who, on information and belief, represents the defendants in the matter entitled *Montelongo v. Weiland, et al.*, now proceeding in the United States District Court, District of Nevada, as Case Number 3:23-cv-00624-CSD. It was requested that I provide truthful and accurate information regarding the authentication of certain

documents in support of a motion that Defendants intend to file with the Court and for other proper purposes.

4. I certify that the document identified as Exhibit I is a true and correct copy of Nevada Department of Corrections Investigation Detail Report on IR-2022-ESP-002217.

5. I certify that the document identified as Exhibit J is a true and correct copy of Nevada Department of Corrections Surveillance Video relating to IR-2022-ESP-002217.

6. I certify that the document identified as Exhibit K is a true and correct copy of Nevada Department of Corrections Handheld video recording relating to IR-2022-ESP-002217.

7. I certify that the document identified as Exhibit L is a true and correct copy of Nevada Department of Corrections Investigation Detail Report on IR-2022-ESP-002218.

8. I certify that the document identified as Exhibit M is a true and correct copy of Nevada Department of Corrections Handheld video recording relating to IR-2022-ESP-002218.

FURTHER I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 15th day of January, 2026.

*/s/ Lisa Johnson*
Lisa Johnson