# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VICTOR MONTELONGO,

    Plaintiff

v.

JAMES WEILAND, *et al.*,

    Defendants

Case No.: 3:23-cv-00624-CSD

**Order**

Re: ECF No. 67

Defendants have filed a motion for leave to file supplemental exhibits V, W, and X, to their motion for summary judgment. (ECF No. 67.) Because the exhibits are only declarations authenticating exhibits already attached to the motion for summary judgment and do not add any additional facts, the court finds good cause to allow the filing of supplemental exhibits V, W, and X. Accordingly, Defendants' motion for leave to file supplement exhibits V, W, and X (ECF No. 67) is GRANTED.

**IT IS SO ORDERED**.

Dated: January 22, 2026

Craig S. Denney
United States Magistrate Judge