**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

VICTOR MONTELONGO,

Plaintiff

v.

JAMES WEILAND, et al.,

Defendants

Case No.: 3:23-cv-00624-CSD

**Order**

Re: ECF Nos. 75, 76

Plaintiff's emergency motion for appointment of counsel and referral to the pro bono program (ECF No. 75) and motion for extension of the deadline to file the joint pretrial order (ECF No. 76) are **DENIED WITHOUT PREJUDICE** while Defendants' appeal of the denial of qualified immunity is pending before the Ninth Circuit. Plaintiff may renew his motion for appointment of counsel after the conclusion of Defendants' appeal. The deadline to file the joint pretrial order is likewise stayed while the appeal is pending.

**IT IS SO ORDERED**.

Dated: August 20, 2026

Craig S. Denney
United States Magistrate Judge